2:13-cv-02062-HAB   # 37-2   Page 1 of 4       E-FILED
2:13-cv-02062-HAB-DGB   # 33   Page 1 of 4   Monday, 15 December, 2014 04:53:03 PM
                                              Clerk, U.S. District Court, ILCD
                                              Thursday, 16 October, 2014 03:03:42 PM
                                              Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| NOAH DIETCHWEILER, by MICHAEL DIETCHWEILER, his father and next friend; and ANN DIETCHWEILER, <br><br> Plaintiffs, <br><br> vs. <br><br> STEVE LUCAS, in his official and individual capacities; JAMES BUNTING, in his official and individual capacities; KENNETH LEE, in his official and individual capacities; IROQUOIS COUNTY COMMUNITY UNIT SCHOOL DISTRICT NO. 9, IROQUOIS COUNTY, ILLINOIS; JAMES BRUNS, in his official capacity DON BECKER, in his official capacity; BRENNA JOHNSON, in her official capacity; CRYSTAL BLAIR, in her official capacity; BOB BURD, in his official capacity; KIRK MCTAGGERT, in his official capacity; and DEE SCHIPPERT, in her official capacity, <br><br> Defendants. | No. 13 CV 2062 <br> JURY TRIAL DEMANDED |

## MOTION FOR EXTENSION OF TIME

NOW COMES the Defendants, STEVE LUCAS, JAMES BUNTING, KENNETH LEE, IROQUOIS COUNTY COMMUNITY UNIT SCHOOL DISTRICT NO. 9, IROQUOIS COUNTY, ILLINOIS; JAMES BRUNS, DON BECKER, BRENNA JOHNSON, CRYSTAL BLAIR, BOB BURD, KIRK MCTAGGERT, DEE SCHIPPERT, by and through their attorneys, Law Offices of Lawrence Cozzi, and move this Honorable Court to grant a 30 day extension of time to complete depositions in this matter and to file its Federal Rule of Civil Procedure 12 (b)(6) dispositive motion.

In support of their motion, Defendants state as follows:

1

1. Plaintiffs filed their Complaint at Law on March 15, 2013 against all Defendants for an incident which occurred on or about January 25, 2013.

2. Counsel for Defendants' counsel's office spoke with Plaintiffs' counsel's office on October 14, 2014 to request a 30 day extension of time to produce its remaining clients and client/employees for their deposition and a corresponding extension to file a dispositive motion in this matter soon after the completion of these depositions. Plaintiff's counsel expressed no objection to this request.

3. The Court's prior order stated that all discovery is to close as of October 31, 2014, and the dispositive motion deadline was for November 3, 2014. The trial date in this matter is March 9, 2015, with a final pre-trial date of March 4, 2015. Neither party is seeking a continuance of the trial date.

4. Counsel for the defendants is seeking to extend the discovery deadline to December 1, 2014, and to extend the filing of all dispositive motions to December 15, 2015.

5. The request is being made as the father of counsel for the Defendants is seriously ill necessitating travel by defense counsel to Florida to be by her father's side during the week of October 20, 2014.

6. No prejudice would accrue to any party if this additional extension is granted.

WHERFORE, Defendants respectfully requests this Honorable Court to grant a 30 day extension of time to complete depositions, to December 1, 2014 and to file its Federal Rule of Civil Procedure 12 (b)(6) dispositive motion on or by December 15, 2014.

LAW OFFICES OF LAWRENCE COZZI

By: /S/ Shari D. Goggin-Ward
SHARI D. GOGGIN-WARD

SHARI D. GOGGIN-WARD, Atty No. 6198703
LAW OFFICES OF LAWRENCE COZZI
Attorneys for Defendants
27201 Bella Vista Parkway, Suite 410
Warrenville, IL 60555-1619
(630) 393-2145 Phone; (603) 334-9765
WarrenvilleLegal@LibertyMutual.com

# CERTIFICATE OF SERVICE

I, SHARI GOGGIN-WARD, (attorney) certify that I served the attached Defendants' Motion for Extension of Time by emailing a true and accurate copy thereof on October 16, 2014, to:

Michael J. Tague
Flynn, Palmer, Tague, Lyke & Jacobson
fpt5law@aol.com

/s/ Shari D. Goggin-Ward
_____
Shari D. Goggin-Ward

Shari D. Goggin-Ward  # 06198703
LAW OFFICE OF LAWRENCE COZZI
Attorney for Defendants
27201 Bella Vista Parkway, Suite 410
Warrenville, IL 60555-1619
630-393-2145;  603-334-9765 (fax)
WarrenvilleLegal@LibertyMutual.com