IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| NOAH DIETCHWEILER, by Michael Dietchweiler, his father and next friend; and ANN DIETCHWEILER, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 2013-CV-2062 |
| STEVE LUCAS, in his official and individual capacities; JAMES BUNTING, in his official and individual capacities; KENNETH LEE, in his official and individual capacities; IROQUOIS COUNTY COMMUNITY UNIT SCHOOL DISTRICT NO. 9, IROQUOIS COUNTY, ILLINOIS; JAMES BRUNS, in his official capacity; DON BECKER, in his official capacity; BRENNA JOHNSON, in her official capacity; CRYSTAL BLAIR, in her official capacity; BOB BURD, in his official capacity; KIRK McTAGGERT, in his official capacity; and DEE SCHIPPERT, in her official capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**RESPONSE TO DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S REQUEST FOR ADMISSION TO ALL DEFENDANTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(f)**

NOW COME Plaintiffs, NOAH DIETCHWEILER, by Michael Dietchweiler, his father and next friend; and ANN DIETCHWEILER, and for their Response to Defendants' Motion to Strike Plaintiff's Request for Admission to All Defendants Pursuant to Federal Rule of Civil Procedure 12(f), state as follows:

1. Rule 12(f) provides:

    "(f) **Motion to Strike**. The court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter. The court may act:"

2. The Defendants admit that the Request to Admit was in fact served within the deadline for completion of discovery.

3. The deposition of Defendant, Steve Lucas, was not completed until November 18 (see Exhibit 6 of Plaintiffs' Motion for Summary Judgment [pleading #36-6]).

4. Exhibit D was not attached to the Motion nor was Exhibit E. Attached hereto as Exhibit "1" is the letter, and attached hereto as Exhibit "2" is the response.

5. The Defendants' letter of December 3, 2014 (attached Exhibit "1"), did not make an argument that the responses were untimely, but instead objected to the responses on substantive grounds.

6. The substantive objections contained in the December 3, 2014, letters were without merit.

7. Attached hereto as Exhibits "3" - "10" is the Request to Admit itself.

8. The felony conviction is clearly admissible under Rule 609 of the Federal Rules of Evidence.

9. F.R.C.P. 26(b)(1) allows discovery for non-privileged material that is relevant to a party's case. The Defendants' own attorney tendered an Interrogatory to the Plaintiffs relating to criminal convictions (Interrogatory No. 13). (See attached Exhibit "11").

10. Mr. Lucas provided false testimony on page 26 of his deposition. (See Deposition Transcript, Plaintiffs' Exhibit to Motion for Summary Judgment (#36-6).

11. If the convictions do not relate to the Defendant, Steve Lucas, in this cause of action, simple denial is not burdensome or cumbersome on any Defendant. If in fact the convictions are for this Defendant, Steve Lucas, then no just purpose exists for any Defendant to deny the same, and the proper avenue relative to Defendants' substantive objections to the admissibility misdemeanor convictions would be for a Motion in Limine or a trial objection as to whether Rule 609 of the Federal Rules of Evidence would allow admission of those convictions for impeachment of Defendant Lucas.

12. The application of the aforesaid legal principles governing whether or not the Requests to Admit were proper as relating to admissibility of evidence are incorporated in this pleading and the Plaintiffs' correspondence attached hereto as Exhibit "2".

WHEREFORE, Plaintiffs pray that the Motion be denied and that Defendants be allowed a reasonable period of time to admit or deny the Request to Admit.

    NOAH DIETCHWEILER, by Michael Dietchweiler, his father and next friend; and ANN DIETCHWEILER, Plaintiffs,

BY:   FLYNN, PALMER, TAGUE & JACOBSON,


By:   s/ Michael J. Tague
       Michael J. Tague

Michael J. Tague
Flynn, Palmer, Tague & Jacobson
402 West Church Street
P. O. Box 1517
Champaign, IL  61824-1517
Telephone:   217-352-5181
Fax:              217-352-7964
e-mail:         fpt5law@aol.com