E-FILED
Thursday, 08 January, 2015  03:55:18 PM
Clerk, U.S. District Court, ILCD

**WCHS MISSION**

**THE PURPOSE OF WATSEKA COMMUNITY HIGH SCHOOL IS TO ENSURE LEARNING FOR ALL WCHS STUDENTS.**

**WCHS VISION**

**WATSEKA COMMUNITY HIGH SCHOOL WILL BECOME AN EXEMPLARY LEARNING COMMUNITY THAT SUPPORTS INNOVATION AND IS COMMITTED TO CONTINUOUS IMPROVEMENT. WCHS WILL ADDRESS THE ACADEMIC, SOCIAL, EMOTIONAL, AND PHYSICAL NEEDS OF ITS LEARNERS.**

**WATSEKA COMMUNITY HIGH SCHOOL WILL BE A PLACE WHERE A COLLABORATIVE COMMUNITY DEVELOPS CURRICULA, INSTRUCTIONAL STRATEGIES, AND ASSESSMENTS TO ENSURE ALL STUDENTS LEARN.**

## A MESSAGE FROM THE PRINCIPALS

This handbook has been prepared as a guide for you and your child.  The rules, policies, and information contained within this handbook will help you and your child to become familiar with the expectations of the Board of Education, administration, and faculty of Watseka High School.  We believe communication between home and school is vital in providing your child with a quality education. We encourage you to contact your child's teachers with any suggestions, comments or concerns.  If at any time you have questions, please contact WCHS at 432-2486.  We look forward, with your help, to a positive and productive school year.

**Parents and students are reminded that the student handbook is a guide and cannot contain all school regulations regarding students at WCHS.**

**This Student Handbook is only a summary of policies and rules governing the District.   More detailed Board of Education policies are available to the public at the District Office, 1411 West Lafayette, Watseka, IL.**

**This Student Handbook may be amended during the school year without notice.**

Sincerely,

James Bunting, WCHS Principal

Steve Lucas, WCHS Dean of Students

## COPIES OF STUDENT HANDBOOK

Copies of this handbook shall be provided to the parents of each student within fifteen days after the beginning of each school year and to the parents of each transfer student within fifteen days after a student transfers into the District (Board Policy 7:190)

## NOTICE TO PARENTS REQUIRED BY THE "NO CHILD LEFT BEHIND ACT"

Professional Qualifications of Teachers – Unit #9 Schools

Federal regulations require school districts to notify parents annually that they may request information regarding the professional qualifications of their student's classroom teachers, including, at a minimum, the following:

    A.  Whether the teacher has met the State qualifications and licensing criteria

for the grade levels and subject areas in which the teacher provides instruction.

B. Whether the teacher is teaching under emergency or other provisional status.

C. The teacher's baccalaureate degree major and any other graduate certifications or degrees.

D. Whether paraprofessionals provide services to the student, and if so, their qualifications.

Request for information may be directed to:  Kenneth Lee, Superintendent, Iroquois County CUSD #9, 1411 West Lafayette, Watseka, IL 60970

## PUBLIC COMPLAINTS POLICY

The District places trust in its employees and desires to support employee's actions in such a manner that employees are freed from unnecessary, spiteful or unjustified criticism or complaints. If a problem arises between a parent/guardian and a teacher concerning a student, the School Board recommends that the following steps be taken:

1) The parent/guardian contact the teacher for the purpose of scheduling a parent/teacher conference to discuss the concern. At the option of the parent, teacher or building administrator Step 1 may be bypassed and go to Step 2.

2) In the event that such a meeting does not resolve the issue, the teacher or parent shall request intervention by the Building Principal; the intervention includes but is not limited to a conference with the teacher, Principal, parent and/or student.

3) In the event that such a meeting does not resolve the issue, the Building Principal shall request intervention by the Superintendent; the intervention includes but is not limited to a conference with the teacher, Principal, Superintendent, parent and/or student.

4) If the above steps do not resolve the concern of the complaint, the complainant may request a closed meeting of the School Board for the purpose of review of the Superintendent's decision. All parties involved, including the District's Administration, shall be asked to attend such a meeting for purpose of presenting additional facts, making further explanations and clarifying the issues. The School Board shall conduct such a meeting in a fair and just manner.

To be placed on the agenda, the parent/guardian and/or student will be advised to put his/her concern or complaint in writing and submit it to the Board through the Superintendent prior to the Board meeting. The teacher shall also be given a copy of the written concern or complaint prior to the Board meeting. The individual employee involved shall be given every opportunity for explanation, comment, and presentation of the facts as he/she sees them. It is understood that the teacher shall be entitled to Association representation at all levels. If the complaint involves alleged child abuse, sexual abuse or criminal activity on the part of the teacher, the provisions of this policy do not apply.

(Board Policy 8: 110)

# SECTION I
# EQUAL OPPORTUNITIES

**Equal educational and extracurricular opportunities shall be available for all students without regard to race, color, national origin, sex, sexual ori-**

entation, ancestry, age, religious beliefs, gender identity, physical or mental disability, status as homeless, or actual or potential marital or parental status, including pregnancy.   Further, the District will not knowingly enter into agreements with any entity or any individual that discriminates against students on the basis of sex or any other protected status, except that the District remains viewpoint neutral when granting access to school facilities under School Board policy 8:20, Community Use of School Facilities.   Any student may file a discrimination grievance by using Board policy 2:260, Uniform Grievance Procedure.

## GENDER EQUITY

No student shall, on the basis of sex, be denied equal access to programs, activities, services, or benefits or be limited in the exercise of any right, privilege, advantage, or denied equal access to educational and extracurricular programs and activities.

All equal opportunities and gender equity complaints should be directed to the Coordinator for Nondiscrimination.  The Superintendent, serves as the Coordinator for the District.  He may be contacted at 432-4931 or at 1411 West Lafayette, Watseka, IL.

(Board Policy 7:10)

## IROQUOIS CUSD # 9 UNIFORM GRIEVANCE PROCEDURE

Students, parents/guardians, employees, or community members should notify any District Complaint Manager if they believe that the School Board, its employees, or agents have violated their rights guaranteed by the State of Illinois, federal Constitution, State or federal statute, or Board policy, or have a complaint regarding:

1. Title II of the Americans with Disabilities Act;
2. Title IX of the Education Amendments of 1972;
3. Section 504 of the Rehabilitation Act of 1973;
4. Individuals With Disabilities Education Act, 20 U.S.C. 1400 et seq.;
5. Title VI of the Civil Rights Act, 42 U.S.C. 2000 et seq.;
6. Equal Employment Opportunities Act (Title VII of the Civil Right Act), 42 U.S.C. 2000e et seq.;
7. Sexual harassment (Illinois Human Right Act, Title VII of the Civil Right Act of 1964, and Title IX of the Education Amendments of 1972);
8. The misuse of funds received for services to improve educational opportunities for educationally disadvantaged or deprived children;
9. Curriculum, instructional materials, programs;
10. Victims' Economic Security and safety Act, P.A 93-591;
11. Illinois Equal Pay Act of 2003, P.A. 93-591;
12. Provision of services to homeless students.
13.  Illinois Whistleblower Act.

The Complaint Manager will attempt to resolve complaints without resorting to this grievance procedure and, if a complaint is filed, to address the complaint promptly and equitably.   The right of a person to prompt and equitable resolution of a complaint filed hereunder shall not be impaired by the person's pursuit of other remedies.   Use of this grievance procedure does not extend any filing deadline related to the pursuit of other remedies.

1. Filing a Complaint

A person (hereinafter Complainant) who wishes to avail him or herself of this grievance procedure may do so by filing a complaint with any District Com-

plaint Manager.   The Complainant shall not be required to file a complaint with a particular Complaint Manager and may request a Complaint Manager of the same sex.   The Complaint Manager may request the Complainant to provide a written statement regarding the nature of the complaint or require a meeting with the parent(s)/guardian(s) of a student.   The Complaint Manager shall assist the Complainant as needed.

2.  Investigation

The Complaint Manager will investigate the complaint or appoint a qualified person to undertake the investigation on his or her behalf.   If the Complainant is a student, the Complaint Manager will notify his or her parent(s)/guardian(s) that they may attend any investigatory meetings in which their child is involved.   The complaint and identity of the Complainant will not be disclosed except:   (1) as required by law or this policy, or (2) as necessary to fully investigate the complaint, or (3) as authorized by the Complainant.

Within 10 school days of the date the complaint is filed, the Complaint Manager shall file a written report of his or her findings with the Superintendent.   The Complaint Manager may request an extension of time.   If a complaint of sexual harassment contains allegations involving the Superintendent, the written report shall be filed with the School Board, which will make a decision in accordance with Section 3 of this policy.   The Superintendent will keep the Board informed of all complaints.

3.  Decision and Appeal

Within 5 school days after receiving the Complaint Manager's report, the Superintendent shall mail his or her written decision to the Complainant by U.S. mail, first class, as well as to the Complaint Manager. Within 5 school days after receiving the Superintendent's decision, the Complainant may appeal the decision to the School Board by making a written request to the Complaint Manager.   The Complaint Manager shall promptly forward all materials relative to the complaint and appeal to the School Board. Within 10 school days, the School Board shall affirm, reverse, or amend the Superintendent's decision or direct the Superintendent to gather additional information for the Board.   Within 5 school days of the Board's decision, the Superintendent shall inform the Complainant of the Board's action.   The Complainant may appeal the School Board's decision to the Regional Superintendent pursuant to Section 3-10 of The School Code and, thereafter, to the State Superintendent pursuant to Section 2-3.8 of The School Code.

This grievance procedure shall not be construed to create an independent right to a School Board hearing. The failure to strictly follow the timelines in this grievance procedure shall not prejudice any party.

The Complaint Managers are:

| | |
|---|---|
| James Bunting | Christine Johnston |
| Watseka Community High School | Woodland Grade School |
| 138 Belmont Ave., Watseka, IL 60970 | Half St., Woodland IL 60974 |
| 815-432-2486 | 815-473-4241 |
| (Board Policy 2:260) | |

# SECTION II
# GENERAL INFORMATION

## ADMISSION PROCEDURE

All students must register for school each year on the dates and at the place designated by the Superintendent.

Parents/guardians of students enrolling in the District for the first time must present:

1. A certified copy of the student's birth certificate.  The school shall promptly make a copy of the certified copy for its records, place the copy in the student's temporary record, and return the original to the person enrolling the child.  Upon the failure of a person enrolling a student to provide a copy of the student's birth certificate, the Building Principal shall immediately notify the local law enforcement agency and shall also notify the person enrolling the student in writing that, unless he or she complies within 10 days, the case shall be referred to the local law enforcement authority for investigation.  If compliance is not obtained within that 10-day period, the Principal shall so refer the case.  The Principal shall immediately report to the local law enforcement authority any material received pursuant to this paragraph that appears inaccurate or suspicious in form or content.

2. Proof of residence.

3. Proof of disease immunization or detection and the required physical examination, as required by State law and Board policy.

## ANNOUNCEMENTS AND BULLETINS (WCHS)

All notices of club meetings, athletic and social events, general information for the day and specific instructions are announced through Studio 9 or on the daily announcements. Students wishing to place announcements in this daily bulletin must have their notices approved by their advisor and by the Principal the day preceding the notice.

Special notices are posted on the bulletin boards outside the main office, in the library, guidance office, or posted in other designated areas.   All posters must be approved by the administration in advance.   No commercial publications shall be posted or distributed unless their purpose is to further a school activity. (Board Policy 8:25)

## ASBESTOS MANAGEMENT PLAN

It has been determined by the Illinois Department of Public Health and the Federal Environmental Protection Agency that asbestos is a potential health hazard and precautions should be taken to avoid disturbing any asbestos containing materials. As required by law, our buildings receive a visual surveillance of asbestos containing areas at least every six months and a re-inspection of all buildings is conducted every three years.   Any evidence of disturbance or change in condition will be documented in the Management Plan as required.

The Management Plan is available for public view in the office of each of our school buildings.  Should you wish to review the plan, please contact the Building Principal between 8:00 AM and 4:00 PM, Monday-Friday. Any concerns relative to asbestos containing materials should be directed to Kenneth Lee, 1411 West Lafayette, Watseka, IL, 815-432-4931.

## AUTOMOBILE USE

Students who wish to drive to school must park in student designated areas.   In

return for the privilege of parking on school property and designated parking areas, students will consent in writing to school searches of his or her vehicle and personal effects therein. These searches may be made without notice.

Students who drive a motor vehicle to school must obey the following rules:

1. Each student must register the vehicle each school year.   Registration forms may be obtained in the office.

2. Each student must display a parking permit as prescribed for the current year.

3. Each student must park in <u>designated parking</u> areas.   All students must park in the <u>south lot</u> by the gymnasium.   Students are NOT allowed to park on Belmont Ave. in front of the high school without permission of the administration.

4. Driving from the school grounds during school hours without prior approval is not permitted.

5. Speeding or careless driving on the school grounds and/or on streets bordering the school is not permitted.

6. Parking in a no parking area is a direct violation of this policy.

7. Sitting in/or entering cars during the school day is not permitted without prior permission from the Principal or his designee.

Violating parking regulations, unsafe driving practices and/or being in vehicles without permission will involve one or more of following penalties:

First Violation:      Warning letter sent to parents and 2 detentions assigned.

Second Violation: Parent conference and AER.

Third Violation:      Possible loss of driving privileges for the remainder of the year. If the driver is allowed to drive, he or she must deposit their keys in the office during the school hours. Other discipline measures are possible, including out of school suspension.

## BACKPACKS AND COATS

Coats may be worn to and from school only.   Only see through back backs will be allowed to be carried from class to class.   Once at school, students will leave coats in their assigned locker.   Students will face disciplinary action for failing to follow this regulation.

## BICYCLE, SKATEBOARDS, ROLLERBLADE USE

Students who ride bicycles, skateboards, roller blades and other similar vehicles to school shall observe safety rules. Bicycle riding on school grounds is prohibited and bicycles brought to school must be stored in the bike racks provided by the District. The Principal may restrict bicycles, skateboards, roller blades and other similar vehicles at any time.   A letter will be sent from the Principal to the student's parent or guardian explaining the reasons for denial to the student of this privilege.

## CALENDAR

The   yearly   calendar   is   available   on   the   District   website-**http://www.watseka-u9.k12.il.us/Calendar.htm**

## COMMUNICABLE AND CHRONIC INFECTIOUS DISEASE

The School Board recognizes that the student with a communicable and chronic infectious disease is eligible for all rights, privileges, and services provided by law and the District's policies.   The District shall balance those student rights with the District's obligation to protect the health of all students and staff.

When the Building Principal receives notification that a child in the District has been diagnosed as having Acquired Immune Deficiency Syndrome (AIDS) or AIDS-Related Complex (ARC) or is shown to have been exposed to Human Immune Deficiency Virus (HIV) or any other identified causative agent of AIDS, the Principal shall immediately notify the Superintendent of the child's identity.  The Principal may, as necessary, disclose the identity of the infected child to those persons who, by federal or state law, are required to decide the placement or educational program of the child, as well as to the school nurse and the classroom teachers in whose classes the child is enrolled.

The Board directs the administration to observe all rules of the Illinois Department of Public Health regarding communicable and chronic infectious disease. The Superintendent shall develop and implement procedures for the District to report to the local health authority, where appropriate, known or suspected cases of a communicable and chronic infectious disease involving a District student. The collection and maintenance of the student's medical information shall be done in a manner to ensure the strictest confidentiality and in accordance with federal and state laws regarding student records.

The determination of whether a student with a communicable and chronic infectious disease shall be permitted to attend school in a regular classroom setting or participate in school activities with other students shall be made on a case-by-case basis by the Communicable and Chronic Infectious Disease Review Team, the student's personal physician and local health authorities. If the infected student is not permitted to attend school in a regular classroom or participate in school activities with other students due to a determination that he or she poses a high risk of transmission of a communicable and chronic infectious disease to other students and staff, every  reasonable effort shall be made to provide the student with an adequate alternative education.  State regulations and school policy regarding homebound instruction shall apply.  Temporary removal of the student from the District's classroom (s) may be appropriate when:

- The student lacks control of bodily secretions.
- The student has open sores that cannot be covered.
- The student demonstrates behavior (e.g. biting), which could result in direct inoculation of potentially infected body fluids into the bloodstream.

Temporary removal of the student from the classroom for the reasons listed above is not to be construed as the only response to reduce risk of transmission of a communicable and chronic infectious disease.   The District shall be flexible in its response and attempt to use the least restrictive means to accommodate the student's needs.

The removal of a student with a communicable and chronic infectious disease from normal school attendance shall be reviewed by the Communicable and Chronic Infectious Disease Review Team, in consultation with the student's personal physician and local public health authorities at least once every month to determine whether the condition precipitating the removal has changed.

When a student returns to school after an absence due to a communicable and chronic infectious disease, the school administration may require that he or she present a certificate from a physician licensed in the State of Illinois stating that the student is free from disease or otherwise qualifies for readmission to school under the rules of the Illinois Department of Public Health which regulate periods of incubation, communicability, quarantine and reporting.

If the parents or guardians disagree with the student's alternative educational placement or program, they shall be offered the opportunity to an appeal to the

School Board within ten (10) days of their notification of the decision of the Communicable and Chronic Infectious Disease Review Team.

(Board Policy 7:280 and 7:280-AP)

## DISCLOSURE OF DIRECTORY INFORMATION

Throughout the school year, the District may release directory information regarding students limited to: name, address, gender, grade level, birth date/place, parents'/guardians' names and addresses, academic awards, honors, information in relation to school sponsored activities, organizations and athletics, major field of study and period of attendance. Any parent/guardian or eligible student may prohibit the release of any or all of the above information by delivering a written objection to the Building Principal within 30 days of the date of this notice. (7:340)

## EDUCATION OF CHILDREN WITH DISABILITIES

This information is available by the iasb website @ www.iasb.com

## EDUCATION OF HOMELESS CHILDREN

Each child of a homeless individual and each homeless youth has equal access to the same free, appropriate public education, as provided to other children and youths, including a public pre-school education.  Christine Yeoman Woodland School Principal is the District Homeless Student Liason.   She may be contacted at 815-473-4241

## EMERGENCY PLANS

Each school in the district has a comprehensive crisis plan to deal with emergency situations.

The protection of students against hazards while at school shall be the duty of the Building Principal and teaching staff.  At the beginning of each school year, the Building Principal shall distribute to each teacher a plan of fire, tornado and disaster procedures in the building.  There shall be at least three (3) fire exit drills, (3) tornado drills, (1) dangerous intruder drill, and (1) bus evacuation drill a year.  (Board Policy: 4:170)

## ENGLISH LANGUAGE LEARNERS

The District offers opportunities for resident English Language learners to develop high levels of academic attainment in English and to meet the same academic content and student academic achievement standards that all children are expected to attain.   The District shall maintain a program to:

1. **Assist all English Language Learners to achieve English proficiency, facilitate effective communication in English, and encourage their full participation in school activities and programs as well as promote participation by the parents/guardians of English Language Learns.**

2. **Appropriately identify students with limited English proficiency.**

3. **Comply with State law regarding the Transitional Bilingual Educational Program and Transitional Program of Instruction.**

4. **Comply with any applicable State and federal requirements for the receipt of grant money for English Language Learns and programs to serve them.**

5. **Determine the appropriate instructional program and environment for English Language Learns.**

6. **Annually assess the English proficiency of English Language Learns and monitor their progress in order to determine their readiness for a**

mainstream classroom environment. (Board Policy: 6:160)

## EXPERIMENTS UPON OR DISSECTION OF ANIMALS

Experiments on living animals are prohibited; however, behavior studies that do not impair an animal's health or safety of an animal are permissible.  The dissection of dead animals or parts of dead animals shall be allowed in the classroom only when the dissection exercise contributes to or is a part of an illustration of pertinent study materials.  All dissection of animals shall be confined to the classroom and must comply with The School Code. Students who object to performing, participating in, or observing the dissections of animals are excused from classroom attendance without penalty during times when such activities are taking place.  No student will be penalized or disciplined for refusing to perform, participate in, or observe a dissection.  The Superintendent or designee shall inform students of (1) their right to refrain from performing, participating in or observing dissection, and (2) which courses contain a dissection unit and which of those courses offers an alternative project.  (Board Policy 6:100)

## FEES: BOOKS AND MATERIALS

A book rental fee is set by the Board of Education before the beginning of the school year.  Some courses require the purchase of workbooks or the assessment of lab fees in addition to the book rental fee.  These charges will be assessed during registration and should be paid at that time.  If payment in full is not possible at registration, a payment schedule should be arranged with the office.  Renting textbooks rather than requiring students to purchase them is both economical and convenient to everyone.  In return for this service, students are expected to take reasonable care of their books.  **The parent or student must pay for any lost or damaged books.**  Students will also not be allowed to owe the school more than **$25.00** at any one time on project work and in no case will a project be removed from school grounds until it has been paid for in full.

## FINES, FEES AND CHARGES - WAIVER OF STUDENT FEES

Fees for textbooks, other instructional materials and drivers education are waived for students who meet eligibility criteria. Student shall be eligible for a fee waiver when they live in a household that meets the free lunch and breakfast guidelines and/or the student's family is currently receiving Aid to Families with Dependent Children. Students receiving a fee waiver are not exempt from charges for lost or damaged books, locks, materials, supplies and equipment.  A student shall be eligible for a fee waiver when the student is currently eligible for free lunch or breakfast and/or the student or student's family is currently receiving aid under Article IV of The Illinois Public Aid Code.

The Building Principal will give additional consideration where one or more of the following factors are present:

1. Illness in the family.

2. Unusual expenses such as fire, flood, storm damage, etc.

3. Seasonal unemployment.

4. Emergency situations.

5. When one or more of the parent(s)/guardian(s) are involved in a work stoppage.

The parent(s)/guardian(s) shall submit written evidence of eligibility for waiver of student's fee.  A separate application form shall be submitted for each fee assessed to each student.

The Building Principal will notify the parent or guardian promptly as to whether the

fee waiver request has been granted or denied.   A Building Principal's denial of a fee waiver request may be appealed to the Superintendent by submitting the appeal in writing to the Superintendent within 14 days of the denial.   The Superintendent or designee shall respond within 14 days of receipt of the appeal.   The Superintendent's decision may be appealed to the School Board.   The decision of the Board is final and binding.

Questions regarding the fee waiver request process should be addressed to the Building Principal's office.   (Board Policy 4:140)

## HEALTH EXAMINATIONS, IMMUNIZATIONS AND EXCLUSION OF STUDENTS

A student's parent(s)/guardian(s) shall present proof that the student received a health examination and the immunizations against, and screenings for, preventable communicable diseases, as required by the Illinois Department of Public Health, within one year prior to:

1. Entering kindergarten or the first grade.
2. Entering the sixth and ninth grades.
3. Enrolling in an Illinois school, regardless of the student's grade (including nursery school, special education, headstart programs operated by elementary or secondary schools, and students transferring into Illinois from out-of-state or out of country).

The required health examinations must be performed by a physician licensed to practice medicine in all of its branches, an advanced practice nurse who has a written collaborative agreement with a collaborating physician authorizing the advanced practice nurse to perform health examinations by a supervising physician.   (A diabetes screening is required with all health examinations)

Parents/guardians are encouraged to have their children undergo a vision examination whenever health examinations are required.   Vision examinations are required for all students entering Kindergarten.   Dental examinations are required for Kindergarten, 2nd and 6th grade students.

Unless the student is homeless, failure to comply with the above requirements by October 15 of the current school year will result in the student's exclusion from school until the required health forms are presented to the District.   If a medical reason prevents a student from receiving a required immunization by October 15, the student must present, by October 15, an immunization schedule and a statement of the medical reasons causing the delay.   The schedule and statement of medical reasons must be signed by the physician, advanced practice nurse, physician assistant, or local health department responsible for administering the immunizations.   All new students who are first-time registrants shall have 30 days following registration to comply with the health examination and immunization regulations.

A student may be exempted from this policy's requirements on religious or medical grounds if the student's parent(s)/guardian(s) present to the Superintendent a signed statement explaining the objection.   A student may be exempted from the health examination or immunizations on medical grounds if a physician provides written verification.

Any homeless child shall be immediately admitted, even if the child or child's parent/guardian is unable to produce immunization and health records normally required for enrollment. (Board Policy 7:100)

## HOME-SCHOOLED PLACEMENT

Unit #9 reserves the right to place a student transferring from a non-traditional educational experience in the most appropriate class or grade level.  Students entering the school from a home school will be given a battery of tests to determine educational placement.  The test battery may entail a national standardized test and teacher made assessments.  The Building Principal will place the student in the appropriate grade level after an evaluation has been made with input from the appropriate teacher(s), counselor(s), administrator(s) and parent(s).

## HOMEBOUND INSTRUCTION

A student absent from school for more than two consecutive weeks because of health or physical impairment may be provided services of a certified teacher in the home or hospital.  Appropriate educational services may begin as soon as eligibility has been established with a written statement from a licensed medical examiner and a written parental or guardian request filed in the office of the Principal. (Board Policy 6:150)

## HOURS AND BELL SCHEDULES (WCHS)

The first period of classes begin at 8:05 a.m. each morning.  Students are to be in class and ready to work by the time the bell rings.  A warning bell is sounded to signal students to report to their first period class.  Students should not arrive at school before 7:30 a.m. without the prior knowledge and consent of the Building Principal or a faculty member.  Students are expected to be out of the building by 3:30 p.m. each day unless they are engaged in supervised activities such as athletics or club gatherings.  In all cases, students should be supervised while in the building.

## INSPECTION OF INSTRUCTIONAL MATERIALS

A student's parent(s)/guardian(s) may inspect, upon their request, any instructional material used as part of their child/ward's educational curriculum within a reasonable time of their request.

## INSURANCE: STUDENT

As a convenience to parents, an optional plan of student accident insurance will be made available.  The School Board will annually designate the company from which the coverage will be offered and will permit distribution of information about the plan in the schools.

Although the School Board will exercise care in selecting a reliable company, it must be made clear that the Board does not in any way endorse the plan nor recommend that parents secure the coverage.  The contract is between the parent and the insurance company. The school staff shall be involved only in the distribution of informational materials and in filling out accident reports when appropriate.

Students who participate in athletics and cheerleading must show proof of accident insurance coverage by either a policy purchased through the District approved insurance plan or a statement written by the parent(s)/guardian(s) demonstrating that the student is covered under a family insurance plan.  (Board Policy 4:170 and 7:300)

## LOCKERS

Students will be assigned to a hall locker.  Students are expected to keep their books, coats and other personal items in their locker.  Students are not permitted to trade lockers or keep their belongings in any locker not assigned to them. Sharing lockers is not appropriate. Lockers should be locked at all times.

It is the student's responsibility to see that the locker is kept clean.   The student should keep his or her locker combination to him or herself.   **The locker is not the student's private property and may be opened by school authorities at any time.   Students should not expect privacy of the lockers or the student's personal effects left in lockers.**

Students are responsible for whatever may be found in their lockers.   Any items or materials that may be deemed potentially hazardous, disruptive to students or school personnel, or inappropriate to the school environment may be confiscated.

Valuables should be brought to school only when they are to be used for a school related educational purpose and are to be stored in the main office. Students are cautioned not to bring to school large amounts of money, radios, tape players, CD players, cameras, or other items deemed personally valuable to the student. Watseka schools are not responsible for, nor insured against, theft of students or staff's personal property.

If the student's locker fails to operate properly, office personnel should be notified immediately.   Any damage done to the individual lockers will be charged to the person assigned to the locker. (Board Policy 7:140).

## LUNCH AND BREAKFAST PROGRAM

A student's eligibility for free and reduced-price food services shall be determined by the income eligibility guidelines, family-size income standards, set annually by the U.S. Department of Agriculture and distributed by the Illinois State Board of Education.

Contact Jeanine Clifton at 815-432-3891 with questions

The lunch program operates for the welfare of our students and provides balanced meals at a reasonable price.

Students are required to abide by the following lunch regulations:

1. Students will pay for lunches in advance as instructed by the cafeteria staff.
2. At the beginning of designated lunch periods students will proceed in an orderly manner and timely fashion to the cafeteria. Students will line up in the proper line and proceed past the serving counters in an orderly manner.
3. Students will return plates, table service, milk containers and other lunchroom related items to the collection area as directed.
4. Students who bring their lunches will eat in the cafeteria.  Sacks and waste material must be placed in the receptacles provided for that purpose.
5. After lunch is completed, students are not permitted to go to their lockers, down the corridors or past classrooms unless given prior approval from a lunchroom supervisor.
6. All food will be eaten in the cafeteria and not elsewhere in the building.
7. A student ala carte line is available and is a supplement to the normal lunch menus.
8. Students should clean up after themselves.  Courtesy should be shown for the next person.

WCHS discourages charging meals in the cafeteria.  After 5 days of charges, students will be denied a regular meal until all charges are paid in full.  When students are denied a regular meal, they will be served a peanut butter sandwich and a carton of milk.  AT WCHS ALL PAYMENTS ARE TO BE MADE IN THE MORNING BETWEEN THE HOURS OF 7:45 A.M. AND 10:45 A.M.  NO PAY-

MENTS WILL BE TAKEN ON THE SERVING LINE.  At GRS ALL PAYMENTS ARE TO BE MADE IN THE MORNING BETWEEN THE HOURS OF 8:00 A.M. AND 8:10 A.M.   NO PAYMENTS WILL BE TAKEN ON THE SERVING LINE.

All students have separate accounts and payment should be made at the school students attend.

## MEDICATION: ADMINISTERING MEDICINES TO STUDENTS

Students should not take medication during school hours or during school-related activities unless it is necessary for a student's health and well-being.  When a student's licensed health care provider and parent/guardian believe that it is necessary for the student to take a medication during school hours or school-related activities, the parent/guardian must request that the school dispense the medication to the child and otherwise follow the District's procedures on dispensing medication.

No School District employee shall administer to any student, or supervise a student's self-administration of, any prescription or non-prescription medication until a completed and signed "School Medication Authorization Form" is submitted by the student's parent/guardian.  No student shall possess or consume any prescription or non-prescription medication on school grounds or at a school-related function other than as provided for in this policy and its implementing procedures.

A student may possess an epinephrine auto-injector (EpiPen®) and/or medication prescribed for asthma for immediate use at the student's discretion, provided the student's parent/guardian has completed and signed a "School Medication Authorization Form."  The School District shall incur no liability, except for willful and wanton conduct, as a result of any injury arising from a student's self-administration of medication or epinephrine auto-injector or the storage of any medication by school personnel.  A student's parent/guardian must indemnify and hold harmless the School District and its employees and agents, against any claims, except a claim based on willful and wanton conduct, arising out of a student's self-administration of an epinephrine auto-injector and/or medication, or the storage of any medication by school personnel.

Nothing in this policy shall prohibit any school employee from providing emergency assistance to students, including administering medication.

The Building Principal shall include this policy in the Student Handbook and shall provide a copy to the parents/guardians of students.

(Board Policy 7:270)

## MEDICATION: PROCEDURES FOR NON-EMERGENCY ADMINISTRATION OF STUDENT MEDICATION

### School Medication Authorization

No school personnel shall administer to any student or supervise a student's self administration, nor shall any student possess or consume any prescription or non-prescription medication until a completed and signed School Medication Authorization Form is filled.  This form shall be completed by the student's parents and physician and shall be on file at the school building that the child attends.  This form shall be filed prior to dispensation of any medication to a student and before a student may possess and/or self administer asthma medication or an EPI Pen, it shall specify the times at which the medication must be dispensed and the appropriate dosage.

### Administration by School Personnel

1. A student may self-administer certain medications providing the School Medication Authorization Form is properly filed with school personnel. Self

administration may take place in emergency situations or when the student is under the supervision of a school nurse or other school personnel as designated by the Superintendent

2. All such medication and an EPI Pen will be clearly marked with the student's name, doctor's name, contents and dosage in the original labeled pharmacy container.

3. All student medication will be administered by the school nurse whenever possible.  Administration of medication by other school personnel is allowed in accordance with Subsections 4 and 5 below.

4. Teachers and other school personnel, as designated by the Superintendent, may administer student medication (if the school nurse is not available).

5 A record shall be kept of all medication dispensed to students, specifying the time of dispensation, dosage and supervising personnel.

**Administration by Student**

1. A student may self-administer non-oral medication with parental consent when under the supervision of a school nurse or other school personnel as designated by the Superintendent.

2. A student may possess medication prescribed for asthma for immediate use at the student's discretion, provided the student's parent(s)/guardian(s) have completed and signed a "School Medication Authorization Form."

3. A record shall be kept of all medication dispensed to students, specifying the time of dispensation, dosage and supervising personnel.

**Field Trips**

A. Students requiring medication on field trips shall provide certified school personnel responsible for the field trip with a copy of the school medical authorization described in II. A. above.

B. If medication in addition to that described in II. A. is needed, written instructions shall be provided prior to the field trip.

C. The following instructions shall appear on all parental permission forms required for field trips and outdoor education experiences:

"All medication to be administered by school personnel during this field trip or outdoor education experience shall be clearly marked with the student's name, doctor's name, contents and dosage in the original labeled pharmacy container."  (Board Policy 7:270-AP)

## MILITARY RECRUITERS AND POSTSECONDARY INSTITUTIONS RECEIVING STUDENT DIRECTORY INFORMATION

From time-to-time, military recruiters and postsecondary educational institutions request the names, telephone numbers, and addresses of our secondary students.  The school must provide this information unless the parent(s)/guardian(s) request that it not be disclosed without their prior written consent.

## PARENTAL SCHOOL VISITATION RIGHTS

The School Visitation Rights Act permits employed parents/guardians, who are unable to meet with educators because of a work conflict, the right to time off from work to attend necessary educational or behavioral conferences at their child's school. Please review the following copy of this Act to determine if you are entitled to a school visitation leave.

## PESTICIDE APPLICATION

Parents, guardians, and staff must register with the school office to be placed on

a mailing list for notification of pesticide application. The notification will be made at least two days prior to any pesticide application in the school or on school grounds.

## PUBLICATION AND DISTRIBUTION OF MATERIALS

Materials not directly related to class work or school organizations will not be distributed or posted on the school premises without prior permission from the Superintendent. All materials must be removed and disposed of properly as soon as possible after the activity has taken place. (Board Policy 8:25)

## RESIDENCY

Only students who are residents of the District may attend a District school with-out a tuition charge, except as otherwise provided below or in State law. A student's residence is the same as the person who has legal custody of the student. (7:60)

## SCHOOL CLOSURE

At times, there will be early dismissals, delayed starts, and school closures due to weather and other unforeseeable events. In the event of such circumstances, announcements will be made with the local media including WCIA, WGFA 94.1 F.M, WHPO 100.9 F.M, Please do not call the school, administrators' homes or radio stations to find out about school closures, simply tune into the stations listed above. Other types of public information concerning WCHS are published in the local newspaper The Times-Republic and Times Spirit.

## SEX OFFENDER REGISTRY

State legislation requires schools to notify parents of the availability of sex of-fender information including offender registration information and the searchable database. Please be advised that sex offender information can be obtained at www.isp.state.il.us/sor. This database is updated daily and allows searching by name, city, county, zip code, compliance status or any combination thereof.

## SURVEYS CREATED BY A THIRD PARTY

Before a school official or staff member administers or distributes a survey or evaluation created by a third party to a student, that requests personal infor-mation, the student's parent(s)/guardian(s) may inspect the survey or evaluation, upon their request and within a reasonable time of their request.

The parent or guardian may refuse to allow their child or ward to participate in the activity described above. The school shall not penalize any student whose par-ent(s)/guardian(s) exercised this option.

## TELEPHONE CALLS

Students will not be called to the telephone during the school day, except in an emergency. Only messages of an urgent nature will be delivered during the school day. Students may not use the District's telephone except in case of ill-ness or with permission of the administration or his designee.

## TRANSPORTATION

The District shall provide free transportation for any student in the District who resides: (1) at a distance of one and one-half miles or more from his or her as-signed school, unless the School Board has certified to the Illinois State Board of Education that adequate public transportation is available, or (2) within one and one-half miles from his or her assigned school where walking to school or to a pick-up point or bus stop would constitute a serious hazard due to vehicular traf-fic or rail crossing, and adequate public transportation is not available. A stu-dent's parent(s)/guardian(s) may file a petition with the Board requesting trans-

portation due to the existence of a serious safety hazard. Free transportation service and vehicle adaptation is provided for a special education student if included in the student's individualized educational program. Non-public school students shall be transported in accordance with State law. Homeless students shall be transported in accordance with the McKinney Homeless Assistance Act.

## TRANSPORTATION CHANGES

IN ORDER TO INSURE THE SAFETY OF ALL STUDENTS WE DISCOURAGE PHONE CALLS OR NOTES ON THE DAY THAT THE STUDENT WILL REQUIRE A DIFFERENT WAY HOME. AN EXAMPLE THAT WE CANNOT ACCOMMODATE IS STUDENTS NEEDING TO RIDE TO DIFFERENT LOCATIONS ON A NON-CONSISTENT BASIS.

IF YOUR CHILD NEEDS ALTERNATE TRANSPORTATION, PLEASE FOLLOW THESE STEPS:

- MAKE A REQUEST AT LEAST 24 HOURS IN ADVANCE.
- PLACE IN WRITING (OR EMAIL) TO THE BUILDING PRINCIPAL THE ALTERNATE TRANSPORTATION ARRANGEMENTS.
- A REQUEST IS COMPLETE WHEN A CONFIRMATION IS RECEIVED FROM THE SCHOOL OFFICE VIA EMAIL, NOTE OR PHONE CALL.

BY FOLLOWING THESE STEPS, WE CAN PROPERLY ASSURE THAT ALL INVOLVED WILL TAKE THE NECESSARY STEPS THAT YOUR CHILD IS SAFE.

## TRANSPORTATION TO SCHOOL EVENTS

The Board shall provide appropriate transportation to athletic and other school related events.  Transportation of student groups to games, music events, athletic events, field trips, and other school related trips or events will, wherever possible, be conducted by bus and always be properly chaperoned.  In rare cases, when vans or cars are used, a faculty member shall drive and must obtain prior authorization from the administration.

**At no time** may a student or anyone under the age of 21 operate a vehicle providing school sponsored transportation for students to any school event. (Board Policy 4:110)

## VISION SCREENING

An annual vision screening will be done, as mandated for the following:  all 8th graders, students new to the district, special needs students, and students referred by teachers.  Vision screening is not a substitute for a complete eye and vision evaluation by an eye doctor.  Your child is not required to undergo this vision screening if an optometrist or ophthalmologist has completed and signed a report form indicating that an examination has been administered within the previous 12 months and that evaluation is on file at the school.  This notice is not a permission to test and  is not required to be returned.  Vision screening is not an option.  If a vision examination report is not on file at the school for your child, your child in the mandated age/grade/group will be screened.

## VISITORS

Visitors are welcome at any school district building.  The District policy is to accept only those who have legitimate business at the school.  Guests and visitors **must** register in the office.  Parents are always welcome and they should also register in the office.  (Board Policy 8:50)

The School Visitation Rights Act permits employed parents/guardians, who are

unable to meet educators because of work conflict, the right to an allotment of time during the school year to attend necessary educational or behavioral conferences at their child's school.

All visitors to WCHS will be required to give a form of identification to the office staff in exchange for a visitor pass.

## WELLNESS POLICY

Student wellness, including good nutrition and physical activity, shall be promoted in the District's educational program, school activities, and meal programs.

The goals for addressing nutrition education include the following:

- Schools will support and promote good nutrition for students.
- Schools will foster the positive relationship between good nutrition, physical activity, and the capacity of students to develop and learn.
- Nutrition education will be part of the District's comprehensive health education curriculum.

The goals for addressing physical activity include the following:

- Schools will support and promote an active lifestyle for students.
- Physical education will be taught in all grades and shall include a developmentally planned and sequential curriculum that fosters the development of movement skills, enhances health-related fitness, increases students' knowledge, offers direct opportunities to learn how to work cooperatively in a group setting, and encourages healthy habits and attitudes for a healthy lifestyle.
- Unless otherwise exempted, all students will be required to engage daily during the school day in physical activities.
- The curriculum will be consistent with and incorporate relevant Illinois Learning Standards for Physical Development and Health as established by the Illinois State Board of Education.

Students will be offered and schools will promote nutritious food and beverage choices consistent with the current Dietary Guidelines for Americans and Food Guidance System published jointly by the U.S. Department of Health and Human Services and the Department of Agriculture.  In addition, in order to promote student health and reduce childhood obesity, the Superintendent or designee shall establish such administrative procedures to control food sales that compete with the District's nonprofit food service in compliance with the Child Nutrition Act.  Food service rules shall restrict the sale of foods of minimal nutritional value as defined by the U.S. Department of Agriculture in the food service areas during the meal periods.

# SECTION III
# AUTHORIZATION FOR
# ELECTRONIC NETWORK ACCESS

## UNIT 9 INTERNET ACCEPTABLE USE POLICY: OVERVIEW

Internet access is available to Unit 9 students and staff who have received appropriate training and are willing to accept the conditions of this policy. Unit 9 provides Internet access to promote educational excellence in our schools by facilitating resource sharing, innovation and communication.  Access to the Internet will be provided according to established procedures. Unit 9 believes that the valuable information and interaction available on the Internet far outweighs the possibility that users may procure material that is not consistent with the educational goals of Unit 9.

All use of the Internet shall be consistent with the District's goal of promoting educational excellence by facilitating resource sharing, innovation and communication. It is impossible to control all materials on the Internet.   Computer sites accessible via the Internet may contain material that is illegal, defamatory, obscene, inaccurate or controversial.   With worldwide access to information, there is a risk that students may access material that may not be considered to be of educational value in the context of the school setting.   Internet users, like traditional library users, are responsible for their actions in accessing available resources.

This Internet Acceptable Use Policy does not attempt to state all required or proscribed behavior by users. However, some specific examples are provided.   The failure of any user to follow the terms of this Policy will result in the loss of privileges, disciplinary action, and/or appropriate legal action.   The signature(s) at the end of this document is legally binding and indicates the party who signed has read the terms and conditions carefully and understands their significance. (Board Policy 6:235)

## ACCEPTABLE USE

Unit 9 Internet access may be used to improve learning and teaching consistent with the educational objectives of Unit 9 and legitimate school business.   Unit 9 expects legal, ethical, courteous, and efficient use of the Internet.   Internet usage is intended for limited educational purposes directly involving classroom activities, career development, professional development or enrichment activities that have been pre-approved by the Building Principal.   You are responsible for your actions and activities involving the Internet.

1. **Privilege.**   Use of a personal Unit 9 Internet account is a privilege, not a right.

2. **Voluntary.**   Use of a personal Unit 9 Internet account is voluntary on the part of the student or staff member and inappropriate use will result in cancellation of the privileges.

3. **Subject to system administration.** All Unit 9 Internet account usage, including e-mail, is subject to the perusal by Unit 9 administrator or designated facilitator without prior notice or permission from the account's user for virus scanning in the course of routine maintenance, or inappropriate use investigation, when this account is stored or accessed with Unit 9 equipment. This may include random perusal, even without just cause.   At no time should users expect that files, including e-mail as well as other forms of communications that they store or transmit over school networks could be guaranteed private. Anyone using this system expressly consents to such monitoring and, if monitoring reveals possible evidence of criminal activity to the recording and disclosure of such use to law enforcement.

4. **Student identification.** Students' names, photos and work will not be published on the District website without written parent consent.

5. **Web Site Design.** Students and staff who work on the creation or modification of web pages on the Unit 9 system, including Unit 9 web pages, must follow all Unit #9 regulations and administrative policies governing web site publishing and use.

(Board Policy 6:235, 6:235R, 6:235-AP2 and 7:340-E2)

## INAPPROPRIATE USE

Inappropriate use includes, but is not limited to, those uses that violate the law, that are specifically named as violations in this document or training material, that violate the rules of network etiquette or that hamper the integrity or security of

this or any networks connected to the Internet.

1. **Violation of law.**  Transmission of any material in violation of any international, US or state law is prohibited. This includes, but is not limited to: copyrighted material, threatening, harassing or obscene material, or material protected by trade secret.  Any attempt to break the law while using a Unit 9 Internet account or while connected to the Internet through a Unit 9 address may result in litigation against the offender by proper authorities.  If such an event should occur, Unit 9 will fully comply with the authorities to provide any information for the litigation process.

2. **Commercial Use.** Use for commercial, income-generating or "for-profit" activities or product advertisement is prohibited.  Sending unsolicited junk mail or chain letters is prohibited.

3. **Vandalism/Mischief.**  Vandalism and mischief are prohibited.  Vandalism is defined as any malicious attempt to harm or destroy data of another use, the Internet, or any networks that are connected to the Internet.  This includes, but is not limited to, the deliberate creation and/or propagation of computer viruses.  Any interference with the work of other users, with or without malicious intent, is construed as mischief and is strictly prohibited.

4. **User ID Violations.**  Once a User ID is issued, the user is responsible for all actions taken while using that User ID.  Sharing of a User ID with another person is prohibited.  At no time will anonymous messages be formed or transmitted.

5. **Electronic Mail and File/Data Violations.**  Forgery of electronic mail messages is prohibited.  Reading, deleting, copying, or modifying the electronic mail, files, and/or data of other users is prohibited.

6. **System Interference/Alteration.**  Attempts to exceed, evade or change resource quotas, including circumventing or disabling security software, are prohibited.  Causing of network congestion through mass consumption of system resources such as Napster is prohibited.  Nor will a user intentionally participate in behavior that would affect other users from accessing the network.

7. **Financial Liability.**  At no time will resources be accessed that require further financial costs.

8. **Personal Information.**  At no time will personal information about the user or anyone else be formed or transmitted, including, but not restricted to, addresses, phone numbers, ages, and personal characteristics, unless permission is granted by the Building Principal on a case by case basis.

9. **Intellectual Property.**  It is the user's responsibility to follow all copyright laws regarding the use, duplication, application, distribution and/or modifying of intellectual property.  Nor shall other's intellectual property be sent or used over the network without explicit permission from the creator.  Only software, which is licensed to Unit 9, may be used on Unit 9 hardware.

10. **Restricted Areas.**  Users will not access areas or services that are specifically restricted including chat rooms, posting on use nets, subscriptions to electronic mailing lists, inter-machine or linked games and search engines except those specifically designated for use by the Building Principal.

11. **Assignment Notification.**  Students should not use the Internet while access privileges are restricted, suspended, or revoked.  Students that have Internet access restricted shall notify instructors of their restrictions at the time any assignment is made intending Internet usage.  The student is also re-

sponsible for procuring alternate assignments, where appropriate, from the instructor.

12. **Political Lobbying.** Political lobbying activities will not be allowed.

13. **Inappropriate Language.** Language that is obscene, profane, lewd, vulgar, rude, knowingly false, defamatory, prejudicial, discriminatory, threatening, disrespectful is not to be used at any time. Nor shall messages be formed or transmitted that intend to incite illegal or criminal activity, provide recruitment or participation in gang activity, or encourage the use, sale, or distribution of controlled substances.

14. **Download of software.** Students will not be allowed to download from the Internet any software or other electronic files such as digital music or video files.

(Board policy 6:235- E2)

## CONSEQUENCES OF POLICY VIOLATION

An attempt to violate the provisions of this policy may result in revocation of the user's Internet access privileges and/or account, regardless of the success or failure of the attempt. The Building Principal shall have the final determination of what is educationally appropriate for transmission over the network.

1. **Initial determination.** School-based or district-based Internet users or staff may make initial determination of policy violation and alert appropriate staff.

2. **Due process.** Violators will be accorded due process rights in determination of alleged violation and consequences, but may be denied Internet privileges during the period between the alleged violation and the hearing.

3. **Final determination.** The Building Principal will make final determination of what constitutes appropriate use.

4. **Denial, revocation, or suspension of accounts.** The Building Principal in accord with Unit 9 disciplinary procedures, may deny, revoke, or suspend a users account or privilege at any time as required. Reinstatement of Internet privileges will be in accord with Unit 9 disciplinary procedures.

5. **Additional consequences.** District and/or school disciplinary action, including suspension or expulsion, and/or appropriate legal action may be taken.

6. **Further Action.** Any District disciplinary action does not preclude legal, criminal, or civil actions. Appropriate authorities will be contacted and cooperated with in case of illegal or criminal activities.

7. **Indemnification.** Users and/or parent/guardian shall assume the financial responsibility for replacing or repairing intentionally damaged hardware or software. The user and/or parent/guardian further shall indemnify the School District for any losses, costs, or damages, including reasonable attorney fees, incurred by the District relating to, or arising out of, any breach of the *Authorization*.

8. **Specific revocation of Internet privileges.**

   First violation: Referral to the administrator for disciplinary procedures under the Unit 9 disciplinary policy and revocation of Internet privileges for 1 week (5 school days).

   Second violation: Referral to the administrator for disciplinary procedures under the Unit 9 disciplinary policy and revocation of Internet privileges for 1 month (20 school days) and the student and parent/guardian must request in writing the reinstatement of Internet privileges.

Third violation: Referral to the administrator for disciplinary procedures under the Unit 9 disciplinary policy and revocation of Internet privileges for the remainder of the school year, parent/guardian must request in writing reinstatement of Internet privileges, and the student must retake the appropriate training sessions.

Violations of this *Authorization* that are considered malicious or serious by the Internet Account administrator shall be handled through more severe disciplinary procedures.

## DISCLAIMER

Unit 9 makes no warranties of any kind, whether expressed or implied, for the Internet facilities it is providing.  Unit 9 will not be responsible for any damages suffered by users.  This includes loss of data resulting from delays, non-deliveries, misdirected, or service interruptions caused by its own negligence or user errors or omissions. Unit 9 is not responsible for phone/credit card bills or any other charges incurred by users.  Use of any information obtained via the Internet is at the user's own risk and for the user's own purpose.  Unit 9 specifically denies any responsibility for the accuracy or quality of information obtained through its Internet facilities.

## INTERNET USE AGREEMENT

Students, parent(s)/guardian(s), and staff members must sign the appropriate Memo of Understanding on Unit 9 Internet Use Agreement for each school year to access the Internet with Unit 9 equipment.  Training on the correct usage of electronic equipment and proper conduct on the Internet is necessary during the first year of attendance at each Unit 9 building.

### SECURITY

1. **Reporting security problems.**  If a user identifies a security problem on the Internet, the user must notify the Building Principal.  The security problem should not be shared with other users.

2. **Security risks denied access.** Any user identified as a security risk or having a history of violations with other computer systems may be denied access to Internet through Unit 9 facilities. It is the intent of Unit 9 to prohibit access to such persons.

### TRAINING

Completion of a designated training session on how to use and the proper conduct on the Internet must be completed before Internet usage will be permitted. The purpose of this training is to provide correct usage of the equipment as well as proper conduct on the Internet.  This training will provide guidelines that are expected of a person using Unit 9 facilities.  Additional detailed guidelines and expectations will be spelled out in the training material.

# SECTION IV
# STUDENT ATTENDANCE

The School Board believes that attendance is a key factor in student achievement. Parents and students are responsible for regular school attendance. Student absenteeism should be kept to the minimum; however, the School Board recognizes that some absences are unavoidable and are classified as an authorized or excused absence.  Students may be given the opportunity to make up schoolwork missed during an excused absence. The District may request written verification of a student's absence due to illness from a physician licensed to practice medicine in the State of Illinois.

**Removing students from school for vacation trips or 'outings' is discour-**

**aged.**

The District shall not be responsible for the educational progress of the student who fails to maintain regular attendance habits. The District will not be liable for the progress of the student who is removed from the school for extended periods of time contrary to law and/or good educational procedure.

A student must attend the last half of the school day in order to participate in an extracurricular event during the evening of the absence. If the absence is on a Friday the student will not be allowed to participate in the weekend activities. Emergency situations shall be given additional consideration by the Building Principal.

## ABSENCES AND EXCUSES

Student attendance at school is the responsibility of the parent(s) or guardian(s) and the student. Regular attendance in all classes will be expected of students. Students will be made aware that attendance is part of the evaluation in each class and that excessive absences may negatively impact their educational program. The School Board recognizes two kinds of absences: authorized or excused absence and truancy (unauthorized or unexcused absence).

## ABSENCES: EXCUSED

When a student is absent, the absence shall be treated as excused or unexcused. Absences shall be excused <u>only</u> for the following reasons:

1. Personal illness- as excused by a parent and/or a guardian

2. Bereavement

3. Family emergencies

4. Observance of religious holidays and religious instruction with written requests approved in advance by the administration

5. Situations beyond the student's control as determined by the Building Principal and such other circumstances that cause reasonable concern to the parent/guardian for the student's safety and health. (Board Policy 7:70)

Students will be allowed **FIVE** absences <u>per semester</u>. Medical illness and appointments (as excused by a physician), court dates (with documentation) and out of school suspensions will not count towards these absences. (When a student reaches his/her eighth absence then the absence will be considered unexcused absence.) The administration reserves the right to handle each absence on a case-by-case basis. **Parents should call WCHS 432-2486 or GRS 432-2115 by 9:00 am when their child will be absent from school. The school will telephone, within 2 hours after the first class, the parents/guardians of students in grade 8 and below who are absent without prior parent/guardian notification.**

## ABSENCE: UNEXCUSED

Students who receive an unexcused absence will not receive credit for make-up work. Students who have an unexcused absence during the school day will not be eligible to participate in or attend a Unit 9 sponsored activity after school unless special permission is granted by the Building Principal.

## ABSENCE SLIPS

Parents are asked to call the school office to explain any absence. After the parent excuse is presented, the attendance officer will verify if the absence is either excused or unexcused.

The attendance officer will post either excused or unexcused in the daily teacher announcements. Watseka High School takes part in the countywide Attendance

Assistance Program.

## ATTENDANCE - TARDINESS

A student shall be considered tardy at any time during the school day if he/she is not in his/her assigned classroom at the designated time. Students are tardy if they are not in the classroom when the bell rings.  (Individual teachers might have additional rules such as being seated when the bell rings).  Oversleeping, missing the bus, or experiencing car trouble will not be considered valid reasons for being tardy to class.   Tardiness will result in the following disciplinary actions:

**Procedures per Quarter – totals are for all classes**

> 1st, 2nd, or 3rd tardy– Warning from Principal/Dean

> 3 tardies for one class 4th, 5th, and 6th tardy – 45 minute detention

> 7 or more tardies - 1 day of AER and parent contact

## ATTENDANCE - TRUANCY

The School Board supports the principle that local school districts must have the responsibility for matters pertaining to student attendance.  Further, the Board recognizes the following definitions:

**Truant** - a child subject to compulsory school attendance and who is absent without valid cause from such attendance for a school day or portion thereof.

**Valid Cause** - a child may be absent from school because of illness, observance of a religious holiday, death in the immediate family, family emergency, situations beyond the control of the student as determined by the School Board or such other circumstances, which cause reasonable concern to the parent for the safety or health of the student.

**Chronic or habitual truant** - a child who is subject to compulsory school attendance and who is absent without valid cause from such attendance for ten percent or more of the previous 180 regular attendance days.

**Truant minor** - a child to whom supportive services, including prevention, diagnostic, intervention and remedial services, alternative programs and other school and community resources have been provided and have failed to result in the cessation of chronic truancy or have been offered and refused.

Using the definitions cited, the School District shall determine if the student is a truant, chronic or habitual truant or a truant minor.  The Superintendent shall direct the appropriate school district staff to develop diagnostic procedures to be used with the student who is a truant, chronic or habitual truant or a truant minor.  The diagnostic procedures may include but not be limited to counseling services to the student and the student's parents or guardians, a health evaluation by the school nurse and clinical evaluations by local and/or state agencies.

The following supportive services <u>may</u> be offered to a student who is experiencing an attendance problem:

> *   School district guidance counselor
> *   Parent-teacher conferences
> *   Counseling services by social workers
> *   Counseling services by psychologists
> *   Psychological testing
> *   Alternative educational programs
> *   Alternative school placement
> *   Community agency services

When the supportive services of the School District have been offered to the

student and these measures prove ineffective or the behavior persists, the Building Principal shall refer the matter to the Superintendent.  The School Board, Superintendent, school district administrators and teachers shall assist and furnish such information, as they have to aid truant officers in the performance of their duties.

In accordance with The School Code of Illinois, no punitive action, including out of school suspensions, expulsions or court action shall be taken against a chronic truant for his or her truancy unless available supportive services and other school resources have been provided to the student.  17 year old residents may participate in the District's various programs and resources for truants.  The student must provide documentation of his/her dropout status for the previous 6 months. (Board Policy 7:70)

## CLOSED CAMPUS

Students are to remain in their assigned buildings and on the school's grounds continuously from the time of reporting in the morning, to the time of departure for the day, unless permission to leave is granted by the Building Principal or his/her designee.   If permission is granted students must sign in and out of the office.

## COLLEGE DAY PROCEDURES

Generally, seniors will be allowed two college days and juniors will be allowed two college day each year. Students may be awarded additional college visitation days under special circumstances and with approval from the guidance counselor and Principal. Students will request a "Prearranged College Visit Form" from the guidance counselor prior to the anticipated visit. Prior to the scheduled visit the student is responsible for acquiring the needed signatures, with the Assistant Principal's signature obtained last. The Assistant Principal will make a copy of the form to keep at WCHS. The student will take the Prearranged College Visit Form to the college and obtain the signature of a college representative.  On the next school day following the visit, the original form must be returned with all signatures to the guidance counselor. If the procedure is not completed, the absence will be unexcused.

## COMPULSORY SCHOOL ATTENDANCE

Compulsory School Attendance policy applies to individuals who have custody or control of a child:   (a) between the ages of 7 and 17 years of age (unless the child has graduated from high school), or (b) who is enrolled in any of grades, kindergarten through 12, in the public school regardless of age.   These individuals must cause the child to attend the District school wherein the child is assigned, except as provided herein or by State law.   Subject to specific requirements in State law, the following children are not required to attend public school:  (1) any child attending a private school (including a home school) or parochial school, (2) any child who is physically or mentally unable to attend school (including a pregnant student suffering medical complications as certified by her physician), (3) any child lawfully and necessarily employed, (4) any child over 12 and under 14 years of age while in confirmation classes, (5) any child absent because his or her religion forbids secular activity on a particular day, and (6) any child 16 years of age or older who is employed and is enrolled in a graduation incentives program.

The parent/guardian of a student who is enrolled must authorize all absences from school and notify the school in advance or at the time of the student's absence.   A valid cause for absence includes illness, observance of a religious holiday, death in the immediate family, family emergency, other situations beyond the control of the student, other circumstances that cause reasonable concern to the parent/guardian for the student's safety or health, or other reason as

approved by the Superintendent or designee.

## EXEMPTION FROM PHYSICAL ACTIVITY

Occasionally a parent or guardian may request that his or her child be exempted from some or all physical activities during the school day.  The approval for such exemption shall be made through the Building Principal or his designee.  A written excuse from a person licensed under the Medical Practice Act is required before allowing a student to be exempted from physical activities for an extended period of time.  If exempted from physical activity, the teacher will provide an alternative method and/or unit of instruction to the student.  (Board Policy 7:260).

## FIELD TRIPS AND ATTENDANCE

Students who are failing one or more classes will be denied the privilege of participating in field trips that would cause them to miss classes on a school day.  Students who have been suspended, placed in AER, or had multiple disciplinary referrals (as determined by the school principal) will be denied the privilege of participating in field trips during the school day.

## LEAVING THE CLASSROOM

All students must have permission of a teacher in order to leave a regularly assigned classroom.

## MAKE-UP WORK

A student whose absence is excused has the privilege of making up work for credit.  **It is the responsibility of the student to check with the teacher of each class missed to make arrangements for make-up work**.  This is to be done on the day of the student's return to school.  The student is expected to complete their missed work in a timely fashion.  The work that was due on the day they were absent should be turned in upon their return to class.  Students will be granted a make up day for every day absent.   Work not made up will be a zero.

Make-up time for tests will also be arranged with the teacher and will not exceed the number of days of absence unless written permission has been obtained from the Principal.  Tests not arranged for or made up within the allowed time periods will be recorded as a grade of zero.  If a student is to be gone on a pre-arranged absence or school trip then he/she must complete all work prior to being absent if required to do so by his/her individual teacher.

## PERMISSION TO LEAVE CAMPUS

Students' parents must make a written request for permission for their child to leave school grounds during lunch.  Students may leave campus under the following guidelines:

1. The student will sign both out and in at the main office each day.
2. The student must be picked up by a parent or legal guardian.
3. The student is not to take other students home with them at lunch.
4. The student will be back to school on time for his/her next class and after returning late two times will lose this privilege.
5. If caught violating any of these rules, the student will no longer have the right to leave campus.

Students are not permitted to leave the school grounds at any time during the school day without a permit from the school office.  Students leaving the building because of illness or any other emergency must properly sign out in the office.

Failure to follow the proper procedure will be considered an unexcused absence and will be subject to disciplinary action.

## PREARRANGED ABSENCE

A student will obtain a prearranged absence when they know they will be absent in the immediate future. **Prearranged days may be included in the 7 day attendance policy.** Examples of prearranged absences are:

- Medical or dental appointments that cannot be made at any other time
- Trips with parents
- Visits to colleges (juniors and seniors only)
- Civil court appearances
- Funerals

The procedure for obtaining a prearranged absence is to bring a note from home, at least one day in advance of the absence, explaining the reason for the expected absence. A prearranged absence form will then be issued and the student will take the form to each of his or her teachers. The teacher will sign the slip signifying the student has notified the teacher of the absence and has made arrangements to do make-up work. This form is to be returned to the office at the end of the day. If all signatures have been obtained, then the absence is prearranged. Failure to follow these procedures is cause for an "unexcused" absence. A student who is to be absent from school on a pre-arranged absence or school trip must complete all class work prior to being absent if required to do so by his/her individual teacher.

## PREGNANT STUDENTS

The School Board affirms the right of a pregnant student to continue her participation in the public school program. The expectant mother may be excused from school when, in her doctor's opinion, her physical and/or emotional well-being warrants that such measures be taken. In such instance, the District shall provide for instruction during her period of absence from school.

The rights of a pregnant student do not exclude her responsibility for observing the student rules and regulations established by the District and do not exempt her from disciplinary measures imposed for breaking District rules. (Board Policy 6:150)

## RECIPROCAL REPORTING ACT

Public Act 88-376 requires that school districts establish a reciprocal reporting system with local law enforcement agencies including the State's Attorney's office. Each month, a representative from the County Probation office, County Sheriff's Police, City Police, and the State's Attorney's office are invited to meet with the Principals of Watseka High School and Glenn Raymond Middle School. This monthly meeting serves as a regular forum for this reciprocal reporting. It is understood that student and juvenile privacy acts, the Illinois School Code and State and federal laws will be adhered to during these meetings and whenever reciprocal reporting occurs between the various departments involved. In addition to the monthly meeting, reporting shall also take place on an immediate need basis. (Board Policy 7:190-R3)

## RE-ENROLLMENT (WCHS)

Re-enrollment shall be denied to any individual 19 years of age or above who has dropped out of school and who could not earn sufficient credits during the normal school year(s) to graduate before his or her 21st birthday. A person denied re-enrollment will be provided counseling and be directed to alternative ed-

ucational programs, including adult education programs, that lead to graduation or receipt of a GED diploma. This section does not apply to students eligible for special education under the Individuals With Disabilities Act or accommodation plans under the Americans With Disabilities Act.

(Board Policy 7:50)

## RELEASE DURING SCHOOL HOURS

Teachers may not release students from school other than at regular dismissal times without prior approval of the Building Principal. No student will be released from school to any person other than the custodial parent or guardian without the written or verbal permission of the custodial parent or guardian. (Board Policy 7:90)

## SEMESTER EXAM ATTENDANCE (WCHS)

All absences on a semester or final exam date must be for a medical reason, with a written medical excuse by a physician, or be excused by the Principal. All other absences will be unexcused and the student will receive a zero for the

## STUDENT TRANSFER - OUT

For a student transferring from the District, the following procedures apply:

1. Written notification by the student's parent or guardian to the school office;
2. Payment of any outstanding fees or fines;
3. Signature of parent or guardian on the release form;
4. All school owned property returned.

Any student transferring to another public school in Illinois must secure a document entitled "Student in Good Standing Form" from the school office. This form is required by the school the student is transferring to if that school is another Illinois public school. In addition, P.A. 89-329 provides that parents cannot challenge certain disciplinary information contained in a student's record at the time of transfer.

Parents or guardians shall be given the opportunity to review the student's temporary and permanent records. Within ten (10) days of notification that the student will be leaving the District, the following information concerning the student shall be sent to the district to which the student will transfer:

1. A Student in Good Standing Form.
2. An unofficial record of the student's grades.
3. The remainder of the student's school records.

Within 10 days after the student has paid all outstanding fines and fees, the school will mail an official transcript of the scholastic records. (Board Policy 7:110)

# SECTION V
# STUDENT DISCIPLINE

The School Board believes that behavior of students attending public schools shall reflect standards of good citizenship demanded of members of a democratic society. Self-discipline (responsibility for one's actions) is one of the important ultimate goals of education. The School Board also believes that while education is the right of American youth, it is not an absolute right. Our courts speak of education as a limited right or privilege, that is, students who fail to perform those duties required may be excluded from the school.

A. Citizenship and moral responsibilities:

1. Students shall respect constituted authority.   This shall include conformity to school rules and regulations and those provisions of law, which apply to the conduct of students.

2. Citizenship in a democracy requires respect for the rights of others and demands cooperation with all members of the school community.   Student's conduct shall reflect consideration of the rights and privileges of others.

3. High personal standards of courtesy, decency, morality, clean language, honesty and wholesome relationships with others shall be maintained. Respect for real and personal property, pride in one's work and achievement within one's ability shall be expected of all students.

4. Every student who gives evidence of a sincere desire to remain in school, to be diligent in studies and to profit by the educational experiences provided will be given every opportunity to do so and will be assisted in every way possible to achieve scholastic success to the limit of individual ability.

B. Rights:

1. To attend school.

2. To express his or her opinion verbally or in writing.

3. To expect that the school be a safe place for all students to gain an education.

4. To be represented, when appropriate, by an active student government selected by free school elections.

C. Responsibilities:

1. To become informed of and adhere to rules and regulations established by the School Board and implemented by District administrators and teachers.

2. To respect the rights and individuality of other students and school administrators, teachers, and *staff*.

3. To refrain from libel, slander and obscenity in verbal and written expression.

4. To dress and groom in a manner that meets District standards of decency, health, cleanliness and safety.

5. To be punctual and present in the regular or assigned school program to the best of one's ability.

6. To refrain from gross disobedience or misconduct of behavior that materially and substantially disrupts the educational process.

7. To maintain the best possible level of academic achievement.

8. To respect the exercise of authority by school administrators and teachers in maintaining discipline in the school and at school sponsored activities. (Board Policy 7:140)

Discipline is a means of fostering the growth of students toward maturity and responsibility.

Prior to receiving a disciplinary action, the student shall be given the opportunity to deny or explain his or her misconduct to the classroom teacher and/or building administrator.

Under the direction of the Superintendent, school personnel shall establish, regularly review and revise, if necessary, procedures for implementing the School Board's disciplinary policies.   The Superintendent, with input from the par-

ent-teacher advisory committee shall prepare disciplinary rules implementing the District's disciplinary policies. These disciplinary rules shall be presented annually to the Board of Education for review and approval.

Within fifteen (15) days of the start of each school year, a copy of the District's discipline policy(s) in the form of the Student Handbook shall be distributed to the students' parents or guardians. An explanation of the discipline policy(s) shall be given to the students by the Building Principal, and is being distributed in this Student Handbook. (Board Policy 5:230 and 7:190)

<u>Prohibited Student Conduct</u>

The school administration is authorized to discipline students for gross disobedience or misconduct, including, but not limited to:

1. Using, possessing, distributing, purchasing, or selling tobacco materials.

2. Using, possessing, distributing, purchasing, or selling alcoholic beverages. Students who are under the influence are not permitted to attend school or school functions and are treated as though they had alcohol in their possession.

3. Using, possessing, distributing, purchasing, or selling:

    a. Any illegal drug, controlled substance, or cannabis (including marihuana and hashish).

    b. Any anabolic steroid not administered under a physician's care and supervision.

    c. Any prescription drug when not prescribed for the student by a licensed physician or when used in a manner inconsistent with the prescription or prescribing physician's instructions.

    d. Any inhalant, regardless of whether it contains an illegal drug or controlled substance: (a) that a student believes is, or represents to be capable of, causing intoxication, hallucination, excitement, or dulling of the brain or nervous system; or (b) about which the student engaged in behavior that would lead a reasonable person to believe that the student intended the inhalant to cause intoxication, hallucination, excitement, or dulling of the brain or nervous system. The prohibition in this section does not apply to a student's use of asthma or other legally prescribed inhalant medications.

    e. "Look-alike" or counterfeit drugs, including a substance not containing an illegal drug or controlled substance, but one: (a) that a student believes to be, or represents to be, an illegal drug or controlled substance; or (b) about which a student engaged in behavior that would lead a reasonable person to believe that the student expressly or impliedly represented to be an illegal drug or controlled substance.

    f. Drug paraphernalia, including devices that are or can be used to: (a) ingest, inhale, or inject cannabis or controlled substances into the body; and (b) grow, process, store, or conceal cannabis or controlled substances.

    g. Students who are under the influence of any prohibited substance are not permitted to attend school or school functions and are treated as though they had the prohibited substance, as applicable, in their possession.

4. Using, possessing, controlling, or transferring a weapon in violation of the "weapons" section of this policy.

5. Using or possessing a cellular telephone, electronic signaling device, a two-way radio, and/or other telecommunication device, unless authorized and approved by the Building Principal.

6. Using a cellular telephone, pager, video recording device, personal digital assistant (PDA), or other Electronic device in any manner that disrupts the educational environment or violates the rights of others, including using the device to take photographs in locker rooms or bathrooms, cheat, signal others, or otherwise violate student conduct rules.   Unless otherwise banned under this policy or by the   Building Principal, all cellular telephones must be kept off and out of sight during the regular school day unless:   (a) the supervising teacher grants permission; (b) the Principal grants permission or (c) it is needed in an emergency that threatens the safety of students, staff, or other individuals.

   **Making video recordings or live video transmissions in a restroom or locker room of another person without their consent is a crime.**

7. Using or possessing a laser pointer unless under a staff member's supervision and in the context of instruction.

8. Disobeying rules of student conduct or directives from staff members or school officials.   Examples of disobeying staff directives include refusing a District staff member's request to stop, present school identification, or submit to a search.

9. Engaging in academic dishonesty, including cheating, intentionally plagiarizing, wrongfully giving or receiving help during an academic examination, and wrongfully obtaining test copies or scores.

10. Engaging in any kind of aggressive behavior that does physical or psychological harm to another or any urging of other students to engage in such conduct.   Prohibited conduct includes any use of violence, force, noise, coercion, threats, intimidation, fear, harassment, bullying, hazing, or other comparable conduct.

11. Causing or attempt to cause damage to, or stealing or attempting to steal, school property or another person's personal property

12. Being absent without a recognized excuse; State law and Board policy on truancy control will be used with chronic and habitual truants.

13. Being involved with any public school fraternity, sorority, or secret society, by:

   • Being a member;

   • Promising to join;

   • Pledging to become a member; or

   • Soliciting any other person to join, promise to join, or be pledged to become a member.

14. Being involved in gangs or gang-related activities, including displaying gang symbols or paraphernalia.

15. Violating any criminal law.

16. Engaging in any activity, on or off campus, that:   (a) has a direct relationship with school and poses a threat or danger to the safety of other students, staff, or school property; (b) endangers the health of safety of students, staff or school property (c) constitutes an interference with school purposes or an educational function; or   (d) is disruptive to the school environment.

For purposes of this policy, the term "possession" includes having control, custody, or care, currently or in the past, of an object or substance, including situations where the item is:   (a) on the student's person;   (b) contained in another item belonging to, or under the control of, the student, such as in the student's clothing, backpack, or automobile;   (c) in a school's student locker, desk, or oth-

er school property; or (d) at any location on school property or at a school-sponsored event.

No disciplinary action shall be taken against any student that is based totally or in part on the refusal of the student's parent/guardian to administer or consent to the administration of psychotropic or psychostimulant medication to the student.

1. The grounds for disciplinary action, including those described more thoroughly later in this policy, apply whenever the student's conduct is reasonably related to school or school activities, including but not limited to: On school grounds,  before, during, or after school hours or at any other time when the school is being used by a school group;

2. Off school grounds at a school-sponsored activity, or event, or any activity or event which bears a reasonable relationship to school;

3. Traveling to or from school or a school activity, function, or event; or

4. Anywhere, if:  (a) the conduct has a direct relationship with school and may reasonably be considered to be a threat or an attempted intimidation of a staff member;  (b) the conduct may reasonably be considered to be an interference with school purposes or an educational function.

<u>Disciplinary Measures</u>

Disciplinary measures may include:

1. Disciplinary conference.

2. Withholding of privileges.

3. Seizure of contraband.

4. Suspension from school and all school activities for up to 10 days, provided that appropriate procedures are followed.  A suspended student is prohibited from being on school grounds.

5. Suspension of bus riding privileges, provided that appropriate procedures are followed.

6. Expulsion from school and all school-sponsored activities and events for a definite time period not to exceed 2 calendar years, provided that the appropriate procedures are followed.  An expelled student is prohibited from being on school grounds.

7. Notification of juvenile authorities whenever the conduct involves illegal drugs (controlled substances), "look-alikes", alcohol, or weapons.

8. Notifying parents/guardians.

9. Removal from classroom.

10. In-school suspension for a period not to exceed 5 school days.  The Building Principal or designee shall ensure that the student is properly supervised.

11. Detention or AER, provided the student's parent(s)/guardian(s) have been notified.  If transportation arrangements cannot be agreed upon, an alternative disciplinary measure must be used.  The student must be supervised by the detaining teacher or the Building Principal or designee.

Corporal punishment shall not be used.  Corporal punishment is defined as slapping, paddling, or prolonged maintenance of students in physically painful positions, or intentional infliction of bodily harm.  Corporal punishment does not include reasonable force as needed to maintain safety for students, staff or other persons, or for the purpose of self defense or defense of property.  (Board Policy 7:190)

Weapons

A student who uses, possesses, controls, or transfers a weapon, or any object that can reasonably be considered, or looks like a weapon, shall be expelled for at least one calendar year, but no more than 2 calendar years. The Superintendent may modify the expulsion period and the Board may modify the Superintendent's determination, on a case-by-case basis. A "weapon" means possession, use, control, or transfer of: (1) any gun, rifle, shotgun, a weapon as defined by Section 921 of Title 18, United States Code, firearm as defined in Section 1.1 of the Firearm Owners Identification Act, or use of a weapon as defined in Section 24-1 of the Criminal Code; (2) any other object if used or attempted to be used to cause bodily harm, including but not limited to, knives, brass knuckles, billy clubs; or (3) "look-alikes" of any weapon as defined above. The Superintendent or designee may grant an exception to this policy, upon the prior request of an adult supervisor, for students in theatre, cooking, ROTC, martial arts, and similar programs, whether or not school-sponsored, provided the item is not equipped, nor intended, to do bodily harm. (Board Policy 7:190)

## ALCOHOL: USE OR POSSESSION

The consumption, possession, or distribution of alcoholic beverages is not permitted on school buses, in school buildings or on school property at any time. This policy extends to all school sponsored and related activities, as well as field, extracurricular, athletic and music trips, whether held before or after school, evenings, or weekends. Students shall not be permitted to attend school when they are under the influence of alcohol. For the purpose of this policy, students who are under such influence shall be treated in the same manner as though they had alcohol in their possession.

Information concerning the effects and potential dangers involved in the use of alcohol shall be included in the curriculum in compliance with The School Code of Illinois.

If a staff member finds a student to be under the influence of, using, possessing, or distributing alcoholic beverages in violation of this policy, the student may be suspended and/or expelled according to the District's discipline policy and law enforcement authorities will be contacted.

Organizations sponsoring activities in the schools outside of regular school hours shall be made aware of this policy and shall be expected to take appropriate disciplinary measures. Failure to do so could result in cancellation of that organization's privilege to use District buildings. (Board Policy 8:20-R)

## APPEARANCE AND DRESS

Students are expected to present an appearance that does not disrupt the educational process or interfere with the maintenance of a positive teaching/learning climate. Dress and/or grooming which is not in accord with reasonable standards of health, safety and decency will be considered inappropriate. The Building Principal is the final authority for judging the appropriateness of a student's appearance. If the Building Principal is NOT present, this duty is assigned to the Assistant Principal or the Principal's designee.

Clothing worn should in no way distract from class work or school activities, nor create a danger to the health or safety of students. The following criteria will be utilized in making decisions regarding the dress code:

    1) No cleavage or an excessive amount of the upper torso should show.

    2) No midriffs should show.

    3) Tops should not be so tight that it causes a disturbance or distraction.

4) No undergarments (i.e. bra straps, underwear, etc.) should show.

5) Pants and shorts should be worn at an appropriate level.

6) No chains or collars/wrist bands with spikes should be worn.

7) Clothing should not have excessive tears, holes, or rips that cause a disturbance or distraction.

Students shall not wear clothing that advertises or promotes drug, alcohol or tobacco products. All headgear and coats are to be placed in the student's locker upon arrival  to school and remain in the locker until departure from school. (Board Policy 7:160)

## AUTHORITY TO MAINTAIN SAFETY

Teachers shall have the right to use reasonable force to maintain safety in the classroom, so as to restrain a student from damaging property, injuring himself/herself or others.  Whenever reasonable force is necessary to restrain a student, the teacher shall report to the Building Principal in writing the facts surrounding the incident, including the acts of the student and the restraint by the teacher.  This provision shall not be deemed to apply to ordinary and normal physical contact between student and teacher.

Corporal punishment shall not be used.  Corporal punishment is defined as slapping, paddling, or prolonged maintenance of students in physically painful positions, or intentional infliction of bodily harm.  Corporal punishment does not include reasonable force as needed to maintain safety for students, staff, or other persons, or for the purpose of self-defense or defense of property. (Board Policies: 5:230 and 7:190)

## BULLYING

Bullying, intimidation, and harassment diminish a student's ability to learn and a school's ability to educate.  Preventing students from engaging in these disruptive behaviors is an important District goal.  Hazing or any kind of aggressive behavior that does physical or psychological harm to another or any urging of other students to engage in such conduct is prohibited.  Students are prohibited from accessing and/or distributing at school any written or electronic material, including material from the Internet, that will cause substantial disruption of the proper and orderly operation and discipline of the school or school activities, and creating and/or distributing written or electronic material, including Internet material and blogs, that causes substantial disruption to school operations or interferes with the rights of other students or staff members.  Harassment or intimidation of a student based upon a student's sex, color, race, religion, creed, ancestry, national origin, physical or mental disability, sexual orientation, or other protected group status is prohibited.   (Board Policy 7:180)

Students who engage in hazing or any kind of bullying or aggressive behaviors that does physical or psychological harm to another or any urging of other students to engage in such conduct will be disciplined for gross disobedience or misconduct.   (policy 7:190)

## BUS CONDUCT

All students must follow the District's School Bus Safety Guidelines. The following acts of gross disobedience or misconduct provide grounds for suspension from riding the school bus:

1. Prohibited student conduct as defined in the Student Discipline policy.

2. Willful injury or threat of injury to a bus driver or to another rider.

3. Willful and/or repeated defacement of the bus.

4. Repeated use of profanity.

5. Repeated willful disobedience of the bus driver's or other supervisor's directives.

6. Such other behavior as the administration deems to threaten the safe operation of the bus and/or its occupants. (Board Policy 7:220)

The District may suspend a student's privileges to ride the bus according to the following conditions:

1. The student may be suspended by the Superintendent and/or the Principal for a period of up to ten (10) days; or for safety reasons, a period in excess of ten (10) days.

2. The Superintendent or his designee shall inform the parents or guardians of the suspension, giving a full statement of the reasons for the suspension and their entitlement to a hearing on the matter.

3. Should the parents or guardians request a hearing, the School Board will review the suspension and the suspension shall continue until the hearing is completed and the School Board acts on the matter.

4. The student shall be provided an opportunity to present his side of the matter during the hearing.

5. Following the completion of the hearing, the School Board may take appropriate action.

## BUS SAFETY RULES

1. Dress properly for the weather. Make sure all drawstrings, ties, straps, etc. on all clothing, backpacks and other items are shortened or removed to lessen the likelihood of them getting caught in bus doors, railings or aisles.

2. Arrive on time at the bus stop and stay away from the street while waiting for the bus.

3. Stay away from the bus until it stops completely and the driver signals you to board. Enter in single file without pushing.   Always use the handrail.

4. Take a seat right away and remain seated facing forward. Keep your hands, arms, and head inside the bus.

5. Help keep the bus neat and clean.   Keep belongings out of the aisle and away from emergency exits.   Eating and drinking are not allowed on the bus.

6. Always listen to the driver's instructions.   Be courteous to the driver and other students.   Sit with your hands to yourself and avoid making noises that would distract the driver or bother other passengers.   Remain seated, keeping your hands, arms, and head inside the bus at all times.

7. Wait until the bus pulls to a complete stop before standing up.   Use the handrail when exiting the bus.

8. Stay out of the danger zone next to the bus where the driver may have difficulty seeing you. Take five giant steps away from the bus and out of the danger zone, until you can see the driver and the driver see you.   Never crawl under a bus.

9. If you must cross the street after you get off the bus, wait for the driver's signal and then cross in front of the bus.   Cross the street only after checking both ways for traffic.

10. Never run back to the bus, even if you dropped or forgot something. (Board Policy 4:170-R3)

## BUSES: USE OF VIDEO CAMERAS

Electronic visual and audio recordings may be used on school buses to monitor conduct and to promote and maintain a safe environment for students and employees when transportation is provided for any school related activity.  Notice of electronic recordings shall be displayed on the exterior of the vehicle's entrance door and front interior bulkhead in compliance with State law and the rules of the Illinois Department of Transportation, Division of Traffic Safety.

Students are prohibited from tampering with electronic recording devices.  Students who violate this policy shall be disciplined in accordance with the Board's discipline policy and shall reimburse the School District for any necessary repairs of replacement.

The content of the electronic recordings are student records and are subject to District policy and procedure concerning school student records; such recordings are exempt from the Eavesdropping Act.  Only those people with a legitimate educational or administrative purpose may view and/or listen to the electronic video and/or audio recordings.   If the content of an electronic recording becomes the subject of a student disciplinary hearing, it will be treated like other evidence in the proceeding. (Board Policy 7:220)

## CARD PLAYING/GAMBLING

Students are not to play cards and/or gamble in school unless card playing is related to a specific learning experience and assigned by a teacher.  Failure to comply with this rule will result in discipline, depending upon the seriousness of the offense.

## CHEATING

Student(s) accused of cheating will be allowed an opportunity to explain their side of the incident leading to the accusation. The student may request a meeting between the teacher, the Principal and parents if they feel they are wrongly accused.   The degree of punishment will depend upon the severity of the incident. Students found to be guilty of cheating by the Principal will receive a zero for the work.   Students looking at another student's paper during a quiz or test will have their test or quiz taken from them and a zero assigned.   Examples of cheating are:

*    Plagiarism (Students will receive specific information and rules regarding plagiarism in English courses by the instructors).

*    Copying or looking at another student's paper during a test or quiz.

*    Copying or using someone else's homework.

*    Giving or selling answers or assignments.

*    Using or attempting to use a paper previously used.

The above are only examples of cheating.   Individual incidents will be examined on a case-by-case basis.

## CONDUCT AND SPORTSMANSHIP DURING ATHLETIC AND EXTRACURRICULAR EVENTS

Students who behave in an unsportsmanlike manner during an athletic or extra-curricular event may be ejected from the event and/or denied admission to school events for up to a year after a School Board hearing.  Examples of unsportsmanlike conduct include:

*    Using vulgar or obscene language.

*    Possessing or being under the influence of any alcoholic beverage or ille-

gal substance.

* Possessing a weapon.
* Fighting or otherwise striking or threatening another person.
* Failing to obey the instructions of a security officer or school district employee.
* Engaging in any activity that is illegal or disruptive.

The Superintendent may seek to deny future admission to students by delivering or mailing a notice, sent by certified mail with return receipt requested, at least 10 days before the School Board hearing date, containing:

* The date, time, and place of a Board hearing.
* A description of the unsportsmanlike conduct.
* The proposed time period that admission to school events will be denied.
* Instructions on how to waive a hearing.   (Board Policy 8:40)

## DEMONSTRATIONS

The District has developed guidelines to assure the orderly process of education and business affairs connected with the schools and the safety of persons and property.   This policy is not intended to discourage or prohibit the peaceful expression of opinions or ideas. It does, however, pertain to disruptive demonstrations on school property or within school buildings.

The Board of Education has established the following procedures to be followed in cases of school disruptions.   Any action on the part of a student, group of students, an outside individual, or a group of outside individuals, which interferes with the normal routine within the classroom and which has not been requested by school officials will be considered as a school disruption.   Individuals or groups acting purposefully to disrupt the normal routine of the school must be reported to the Principal in charge of the building or the person appointed to be in charge should the Principal be absent.   The following should be considered when action is necessary to quell such a disturbance and bring order to the school:

1. The individuals should be ordered to stop their disruptive actions.   If this occurs, in the case of students, regular procedures should be followed by the Principal and teacher in disciplining students.   In the case of non-students, they should be ordered to leave the premises, and should they do so without further action, the matter should be reported to the Superintendent.   He will decide if any further action is necessary.

2. Should a student(s) refuse to stop disruptive actions, then parents should be contacted and required to remove the student(s) from the premises.   If parents are not available, the police will be contacted and instructed to remove the disruptive student from the premises. In order to reenter school, a conference with the parent(s) must first be held with the Principal to determine the facts of the case.   Normal disciplinary procedures should be followed from that point which could result in eventual suspension or expulsion from school.   In the case of non-students, the police should be contacted and a request made to remove the disruptive individual(s) from school premises.

3. In the case of an emergency, such as a riot within the building, legal authorities should be summoned immediately and asked to assist in quelling the disturbance.

4. Consideration for closing a school should be given only as a last resort, where to do otherwise would endanger the lives of innocent people.

## DETENTION/FRIDAY DETENTION

After school detentions may be used as a corrective discipline measure. The Principal or the Principal's designee will supervise students who are detained in detention. WCHS will use any of the following forms of notification: phone calls to the parent, mailed notifications to the parent or written notification to the student only. Students and parents are responsible for transportation home from after school detention.

## ALLTERNATIVE EDUCATION ROOM (AER)

AER may be used as a corrective disciplinary measure. The Building Principal will give regulations and rules pertaining to AER to the student.

## DRUGS: USE OR POSSESSION

The illicit use, possession or distribution of drugs, or look-alike drugs and drug paraphernalia is not permitted on school buses, in school buildings or on school grounds at any time. This policy extends to all school sponsored and related activities as well as field trips, extracurricular, athletic and music trips, whether held before or after school, evenings or weekends. Students shall not be permitted to attend school when they are under the influence of illicit drugs. For the purpose of this policy, students who are under such influence shall be treated in the same manner as though they had drugs in their possession.

Information concerning the effects and potential dangers involved in the illicit use of drugs shall be included in the curriculum in compliance with the law.

If a staff member finds a student to be illicitly using, possessing, or distributing drugs or look-alike drugs and drug paraphernalia in violation of this policy, the student shall be suspended and/or expelled. In addition, parents and juvenile authorities shall be notified promptly. In all cases, parents' cooperation shall be sought. When a substance is determined to be an illicit drug, law enforcement authorities will be contacted.

If there is reason to believe that a student is using drugs illicitly at any time on or off school premises, the health and counseling services of the school shall be made available to the student and his parents.

## ELECTRONIC SIGNALING DEVICES AND CELLULAR PHONES WCHS

UNLESS ELECTRONIC DEVICES ARE IN USE AS GRANTED BY A SPECIFIC TEACHER FOR EDUCATIONAL PURPOSES, ALL ELECTRONIC DEVICES(CELL PHONES, IPODS, MP3 PLAYER, KINDLE, ETC.) ARE TO BE TURNED OFF AND LOCKED IN THE STUDENT'S LOCKER. A STUDENT FOUND IN POSSESSION OF ANY ELECTRONIC DEVICE WILL HAVE THAT DEVICE TAKEN AWAY AND KEPT OVERNIGHT. THE STUDENT MAY PICK UP THE ELECTRONIC DEVICE THE NEXT DAY. A SECOND OFFENSE WILL RESULT IN THE STUDENT NOT BEING ALLOWED TO HAVE THE ELECTRONIC DEVICE IN THE SCHOOL BUILDING FOR A MONTH. A THIRD OFFENSE WILL RESULT IN THE STUDENT NOT BEING ALLOWED TO HAVE THE ELECTRONIC DEVICE IN THE SCHOOL BUILDING FOR THE REMAINDER OF THE SCHOOL YEAR.

## EXPULSION AUTHORITY

Upon a finding that the student has been guilty of gross disobedience or misconduct, the Board of Education may expel a student according to the provisions of the paragraph pertaining to expulsion procedures below.

## EXPULSION PROCEDURES

A. The Superintendent and/or Principal(s) shall recommend expulsion proceed-

ings for any student where there is evidence that the student has engaged in misconduct or acts of gross disobedience for which expulsion is the designated disciplinary measure.

B. In all other cases, the Superintendent and/or Principal(s) are authorized to initiate proceedings seeking the expulsion of a student. However, no such proceedings shall be initiated unless said person(s) determines:

1. That there is evidence that the student has been guilty of gross disobedience or misconduct, and

2. That suspension is not an adequate discipline.

C. The Superintendent or his designees, shall review the investigation of the student's conduct; and based upon his finding(s), the Superintendent shall recommend to the Board of Education whether formal expulsion proceedings should be initiated.

D. In the event the Board of Education authorizes formal expulsion proceedings, the Board may appoint a hearing officer, the President of the Board of Education shall fix a time and place for said proceedings and shall direct the Superintendent to prepare a written "request for appearance" to be sent to the student's parent(s).

E. The "request for appearance" shall be sent by registered or certified mail to the parent(s) and shall be in the following format:

"Pursuant to Section 10-22.6 of the Illinois School Code and the Student Discipline Policy of Iroquois County Community Unit School District No. 9, the Board of Education requests your appearance at a meeting called by the Board of Education to be held on (date) at (time) o'clock __.m. for the purpose of determining whether there is sufficient reason to expel (name of student) from Iroquois County Community Unit School District No. 9.  "The meeting will be held at (location)."

"You are advised that (name of student) is reported to have committed the following act(s) of gross disobedience or gross misconduct at the time(s) and date(s) specified."

(Describe behavior and name (or number) of policy or rule violated)

F. The expulsion hearing shall be closed to the public and shall be conducted by the Board of Education, or a hearing officer duly appointed by the Board.

G. The hearing shall conform to the following format:

1. A tape recording or verbatim transcript of the hearing shall be made by the District and a copy of the same shall be available to the student on request at the student's expense.

2. The formal rules of evidence shall not be applicable.

3. Both parties may have attorneys present to assist in the presentation of their cases if they so desire.

4. The administration/Board shall proceed first with an opening statement if it so chooses.

5. The student shall next present an opening statement if the student so chooses.

6. The administration/Board shall present all pertinent evidence in support of the allegations of gross misconduct or gross disobedience.

7. The student may confront the administration/Board's witnesses by cross-examination.

8. The student may present witnesses in his or her defense.

9. The administration/Board may confront the student's witnesses by cross-examination.

10. The administration/Board may present any rebuttal witnesses it so chooses, and said witnesses will be subject to cross-examination by the student.

11. The administration/Board shall present its closing statement.

12. The student shall present his or her closing statement.

H. If a hearing officer is utilized, the hearing officer shall submit to the Board a written summary of the evidence adduced during the expulsion hearing, which shall be submitted to the Board not later than five (5) days after the hearing is concluded.

I. If a hearing officer is utilized, upon receipt of the hearing officer's summary, the Board of Education, within ten (10) days, shall render a decision as to whether the finding(s) are supported by the evidence and whether to impose or deny the expulsion. If a hearing officer is not used, the Board shall render a decision within ten (10) days of the hearing.

J. If no hearing officer is utilized, the Board will determine the issue of guilt, decide whether expulsion is appropriate and make a decision, including the length of the term of expulsion.

K. If the Board's decision is to deny the expulsion, any and all notations or remarks in regard to the expulsion shall be expunged from all student records. All educational opportunities and services missed by the student to which the student would be otherwise entitled shall be afforded where practicable.

L. A student may not be expelled for behavior which is or results from a handicap defined in Illinois Revised Statutes, 1987, Chapter 122, Sec. 14-1.01 through 14-1.07 (Board Policy 7:210)

## EXTRACURRICULAR ACTIVITIES DURING A SUSPENSION OR EXPULSION

No student shall participate in any extracurricular activity while serving a suspension or expulsion from school. A suspension or expulsion shall be deemed to begin at the time the student is notified of the same.

## FALSE FIRE ALARMS

If a student is found guilty of activating a false fire alarm, they will automatically be suspended from school for 5 days for the first offense and authorities may then be notified.   A second offense will result in a 10-day suspension and recommendation for expulsion.   The student will be reported to the legal authorities.

## GANGS AND GANG-RELATED ACTIVITIES

Gang activity is prohibited on or about school grounds, on school buses, or off school grounds at any school activity.   A "gang" is any group of 2 or more persons whose purpose includes the commission of illegal acts.

No student shall engage in any gang activity, including, but not limited to:

1. Wearing, using, distributing, displaying, or selling any clothing, jewelry, emblem, badge, symbol, sign or other thing that are evidence of membership or affiliation in any gang.

2. Committing any act or omission, or using any speech, either verbal or non-verbal (such as gestures or hand-shakes) showing membership or affiliation in a gang.

3. Using any speech or committing any act or omission in furtherance of the

interests of any gang or gang activity, including, but not limited to:  (a) so-
liciting others for membership in any gangs, (b) requesting any person to
pay protection or otherwise intimidating or threatening any person, (c)
committing any other illegal act or other violation of school district policies,
(d) inciting other students to act with physical violence upon any other
person.

Students engaging in any gang-related activity will be subject to one or more of
the following disciplinary actions:

    Removal from extra-curricular and athletic activities

    Conference with parent(s)/guardian(s)

    Referral to appropriate law enforcement agency

    Suspension for up to 10 days

    Expulsion not to exceed 2 calendar years (Board Policy 7:190-AP2)

## EXTRACURRICULAR ELIGIBILITY

4 point system:    Students will have to maintain certain standard to be eligible for ex-
tracurricular activities at WCHS.   Student's grades will be looked at weekly throughout
the year, regardless if they are in an extracurricular activity or not.    For a student to be
eligible for extracurricular activities, the student must have a score under 4.

D = 1 pt, F = 2 pts

Students who have a score of 4 or higher will be ineligible for the following week.

If at the end of the semester the student has a point total of 5 or higher, they will be
ineligible for the following semester.    If ineligible three (3) consecutive academic
weeks the athlete will be dismissed from the team.

## HARASSMENT

No person, including a District employee or agent, or student, shall harass or
intimidate another student based upon a student's sex, color, race, religion,
creed, ancestry, national origin, physical or mental disability, sexual orientation,
or other protected group status.   The District will not tolerate harassing or intim-
idating conduct, bullying, whether verbal, physical, or visual that affects tangible
benefits of education, that unreasonably interferes with a student's educational
performance, or that creates an intimidating, hostile, or offensive educational
environment.

Complaints of harassment, intimidation, or bullying are handled according to the
provisions on sexual harassment below.

Sexual harassment of students is prohibited.  Any person, including a District em-
ployee or agent, or student engages in sexual harassment whenever he/she makes
sexual advances, requests sexual favors, and engages in other verbal or physical
conduct of a sexual or sex-based nature, imposed on the basis of sex, that:

1. Denies or limits the provision of educational aid, benefits, services, or
   treatment; or that makes such a condition of a student's academic status;
   or has the purpose or effect of:
   a. Substantially interfering with a student's educational environment.
   b. Creating an intimidating, hostile, or offensive educational environment.
   c. Depriving a student of educational aid, benefits, services, or treatment.

d.  Making submission to or rejection of such conduct the basis for academic decisions affecting a student.

The terms "intimidating," "hostile," and "offensive" include conduct that has the effect of humiliation, embarrassment, or discomfort.  Examples of sexual harassment include touching, crude jokes or pictures, discussions of sexual experiences, teasing related to sexual characteristics, and spreading rumors related to a person's alleged sexual activities.

Students, who believe they are victims of sexual harassment or have witnessed sexual harassment, are encouraged to discuss the matter with the student Nondiscrimination Coordinator, Building Principal, Assistant Building Principal, or a Complaint Manager.   Students may choose to report to a person of the student's same sex.   Complaints will be kept confidential to the extent possible given the need to investigate.   Students who make good faith complaints will not be disciplined.

*Nondiscrimination Coordinator:*

| | |
|---|---|
| Name | Kenneth Lee |
| Address | 1411 West Lafayette., Watseka, IL 60970 |
| Telephone No. | 815-432-4931 |

*Complaint Managers:*

| | | |
|---|---|---|
| Name | James Bunting | Christine Yeoman |
| Address | 138 Belmont Ave. | PO Box 267 Half St |
| | Watseka, IL 60970 | Woodland, IL 60974 |
| Telephone No. | 815-432-2486 | 815-473-4241 |

(Board Policy 7:20)

## HAZING

No administrator, faculty member or employee of the District shall encourage, permit, condone or tolerate hazing activities.

No student, including leaders of student organizations, shall plan, encourage or engage in hazing.

Hazing is defined as:

An intentional, knowing, or reckless act directed against a student for the purpose of being initiated into, affiliating with, holding office in, or maintaining membership in any organization, club, or athletic team whose members are or include other students.

The term hazing includes, but is not limited to:

— Any type of physical brutality such as whipping, beating, striking, branding, electronic shocking or placing a harmful substance on the body.

— Any type of physical activity such as sleep deprivation, exposure to weather, confinement in a restricted area, calisthenics or other activity that subjects the student to an unreasonable risk of harm or that adversely affects the mental or physical health or safety of the student.

— Any activity involving the consumption of a food, liquid, alcoholic beverage, drug, tobacco product or other substance that subjects the student to an unreasonable risk of harm or that adversely affects the mental or physical health or safety of the student.

— Any activity that intimidates or threatens the student with ostracism, that subjects a student to extreme mental stress, shame or humiliation that adversely affects the mental health or dignity of the student or discourages the student from remaining in school.

— Any activity that includes causes or requires the student to perform a task that involves a violation of state or federal law.

Students who commit the following acts violate District policy and, therefore, are subject to District discipline and possible criminal prosecution:

- Engaging in hazing.
- Soliciting, encouraging, directing, aiding or attempting to aid another engaged in hazing.
- Intentionally, knowingly or recklessly permitting hazing.
- Having knowledge of the planning or occurrence of a specific hazing activity and failing to report it to the Building Principal, Superintendent or other school employee. (Board Policy 7:190-R1)

## IMPERSONATION OF A PARENT OR LEGAL GUARDIAN

The impersonation of a parent or legal guardian to school officials is an act of dishonesty that will be punished by detention and possible suspension.   In cases of repeat offenses, school officials may institute additional discipline.

## INTERROGATION: ILLINOIS DEPARTMENT OF CHILDREN AND FAMILY SERVICES (DCFS)

1. The Building Principal will check the agent's credentials and any papers pertaining to a legal process.

2. The Building Principal will attempt to contact the student's parents or guardians and inform them that the student is subject to an interview.   The parent or guardian will be given the opportunity to be present and be represented by legal counsel at his or her own expense.

3. If the DCFS agent does not want a parent or guardian present or notified during the interview, this stipulation must be in writing and signed by the DCFS agent.

4. Interviews will be conducted in a private setting.   If the parents or guardians are absent, the Building Principal or his designee will be present during the interview.

5. The student may be removed from school by the DCFS agent if case circumstances warrant.   An officer of a local law enforcement agency, designated employee of the Department, or a physician treating a child may take or retain temporary protective custody of the child without the consent of the person responsible for the child's welfare, if (1) he has reason to believe that the circumstances or conditions of the child are such that continuing in his place of residence or in the care and custody of the person responsible for the child's welfare, presents an imminent danger to the child's life or health; (2) the person responsible for the child's welfare is unavailable or has been asked and does not consent to the child's removal from his custody; and (3)   there is not time to apply for a court order on the <u>Juvenile Court Act</u> for temporary protective custody.   The Building Principal shall immediately make every reasonable effort to notify the person responsible for the child's welfare and shall immediately notify the Department.   The Department shall promptly initiate proceeding under the <u>Juvenile Court Act</u> for the continued temporary custody of the child.

6. No District employee may act as a DCFS agent.   (Board Policy 7:150-R)

## INTERROGATION BY POLICE

It is the responsibility of the District administrators to protect each student under their control, assuring that the student's legal rights are not violated.   Protection

of the student's rights shall be balanced with the District's responsibility to cooperate with local police and agency officials in the official's investigation of unlawful activities.  Inherent in the process of cooperation is recognition of the function of the schools and respect for the civil and constitutional rights of students.

Whenever an agency or police official requests to interview a student in school the request shall be handled in the most judicious manner.  Procedures for a student interrogation shall be developed and maintained by the Superintendent.  Such procedures shall be followed explicitly.  (Board Policy 7:150)

1. The Building Principal will check the police officer's credentials and any legal papers such as warrants for arrest, search or subpoenas to be served.

2. The Building Principal will attempt to contact the student's parents or guardians and inform them that the student is subject to interview.  The parents or guardians will be given the opportunity to be present and be represented by legal counsel at their own expense.  Interviews of minor students without permission of the parents or guardians is not permitted unless a legal process is presented or in emergency situations.

3. Interviews will be conducted in a private setting.  If the parents or guardians are absent, the Building Principal or his designee will be present during the interview.

4. Interview proceedings will be documented in writing for inclusion in the student's temporary records.  A copy will be sent to the parents or guardians.

5. No minor student shall be removed from the school by the police without the consent of a parent or guardian, except upon the service of a valid warrant of arrest or a temporary protective custody document. (Board Policy 7:150-R)

## LIGHTER AND MATCHES: POSSESSION

Possession of a lighter and/or matches by a student on school property is prohibited.  If a student discovers that he/she has a lighter and/or matches at school, the lighter and/or matches should be turned over to the Principal.  In cases in which a student does not turn a lighter and/or matches over to school authorities, the student found in possession will be subject to detentions and/or suspension.

## PHYSICAL RESTRAINT

Teachers, other certified employees, and other persons (whether or not certified) providing a related service for or with respect to a student, may use reasonable force as needed for self-defense, to maintain safety for other students, school personnel or persons, or for the purpose of defense of property.
(Board Policy 5:230 and 7:190)

## REMOVAL FROM THE CLASSROOM

Teachers may remove a student from the classroom for disruptive behavior only when other techniques for maintaining order have been exhausted.  Students so removed shall be sent to such place as is designated by the Building Principal.  Before removing a student, the teacher shall advise the student of the reason for his or her removal and the teacher shall also advise the Building Principal (or in his/her absence, his/her designee) promptly for the reason for the removal.  The student shall be entitled to explain his or her side of the incident to the Building Principal; and if the Principal determines that the removal was unjustified, the student shall suffer no penalty.  A student may be removed from a particular classroom for a length of time greater than one (1) day only in accordance with the provisions regarding suspension.  Removal from classroom shall not limit other discipline that may be appropriate, including, but not limited to suspension or expulsion in appropriate cases.

**AUDIO PLAYING DEVICES**

Students are not permitted to have audio playing devices in classes without teacher or administrative consent.  This also includes study hall, and lunch periods.

**REFERRAL SYSTEM**

In the case of uncooperative or disruptive behavior in the classroom, a referral system will be used for referring students to the Principal or Assistant Principal's office.  Prior to issuing a referral to the Principal or Assistant Principal, the teacher will attempt to use alternative methods to help change the student's behavior.  The teacher will involve the parent in regards to the student's misbehavior.

First referral:  The student will leave class and report to the Principal's office.  The student will be out of class that day and will serve a forty-five minute detention.  Absence from class is unexcused.  The teacher will attempt to contact the parent of the student and make them aware of the situation.

Second referral:  The student will leave class and report to the Principal's office.  The student will remain out of class until a parent/teacher conference is held.  The absence from class is unexcused. The student will receive a AER and/or out of school suspension.

Third referral:  The student will receive additional discipline including, but not limited to, suspension, removal from class without credit and/or AER.

In all cases, the Building Principal will make the final determination if the student will be removed from the class and receive an unexcused absence.  Many factors will determine if the student is removed from the class permanently, such as; credit is needed for graduation, level of disruption in the class, etc.  This referral system runs on a semester cycle, therefore, the administration reserves the right to place a student back into a specific class at the beginning of the second semester.  The teacher will be a part of the decision-making process.

**SEARCH AND SEIZURE: CAR SEARCHES**

Students should understand that the issuance and continued use of a WCHS parking permit is contingent on obeying all rules and regulations concerning operation of his/her automobile(s).  Public Act 89-610 authorizes the District to perform searches of the parking lots and of any vehicle parked thereon, and that, by parking on school property, the student consents to the complete search of the vehicle, all of its compartments and contents by school officials or law enforcement personnel, including specially trained dogs, for any reason whatsoever.  This applies to all vehicles, 24 hours a day. Students will be held responsible for the contents of their vehicles. (Board Policy: 7:140)

**SEARCH AND SEIZURE: RIGHTS AND RESPONSIBILITIES**

To maintain order and security in the schools, school authorities are authorized to conduct reasonable searches of school property and equipment, as well as students and their personal effects.  "School authorities" includes school liaison police officers.

School authorities may inspect and search school property and equipment owned or controlled by the school (such as lockers, desks, and parking lots), as well as personal effects left there by a student without notice to or the consent of the student.  Students have no reasonable expectation of privacy in these places or areas or in their personal effects left there.

In addition, the Building Principal shall require each high school student, in return

for the privilege of parking on school property, to consent in writing to school searches of his or her vehicle, and personal effects therein, without notice and without suspicion of wrongdoing.

The Superintendent may request the assistance of law enforcement officials to conduct inspections and searches of lockers, desks, parking lots, and other school property and equipment for illegal drugs, weapons, or other illegal or dangerous substances or materials, including searches conducted through the use of specially trained dogs.

School authorities may search a student and/or the student's personal effects in the student's possession (such as purses, wallets, knapsacks, book bags, lunch boxes, etc.) when there is a reasonable ground for suspecting that the search will produce evidence the particular student has violated or is violating either the law or the District's student conduct rules.   The search itself must be conducted in a manner that is reasonably related to its objectives and not excessively intrusive in light of the student's age and sex, and the nature of the infraction.

When feasible, the search should be conducted as follows:

- Outside the view of others, including students.
- In the presence of a school administrator or adult witness.
- By a certificated employee or liaison police officer of the same sex as the student.

Immediately following a search, a written report shall be made by the school authority that conducted the search, and given to the Superintendent.   Following the search, the student's parent(s)/guardian(s) shall be notified of the search as soon as possible.

If a search produces evidence that the student has violated or is violating either the law or the District's policies or rules, such evidence may be seized and impounded by school authorities, and disciplinary action may be taken.   When appropriate, such evidence may be transferred to law enforcement authorities.   (Board Policy 7:140)

## SMOKING AND TOBACCO USE

Smoking tobacco, using tobacco products and/or possessing tobacco materials by students is not permitted on school buses, in school buildings or on school grounds at any time.

Students and parents or guardians shall be advised of this policy in a manner deemed appropriate by the Building Principal.   In addition information about the hazards of smoking shall be included in the curriculum.

If a staff member finds a student possessing or using smoking materials and/or tobacco products in violation of this policy, the student shall be disciplined by the administration on an individual basis.   Disciplinary measures may include personal counseling, withholding of privileges and/or suspension for a period of up to ten (10) days and in repeated cases possible expulsion.   In all cases the parent or guardian shall be advised and their cooperation shall be sought.

Law prohibits the use of any tobacco product on any school grounds at any time. Given reasonable grounds for suspicion, school officials may search for and seize tobacco products brought onto buses or school property.

## SODA POP/DRINKS, SNACKS, REFRESHMENTS

Students are not to have snacks, open cans or bottles of any kind or other refreshments in the classrooms during school time.   If students are caught with snacks or open cans of any drink outside of allowable areas, the snack or drink will be taken away.   Repeated violations may result in detentions and a parent

conference.

## SPECIAL EDUCATION STUDENTS: DISCIPLINE

The District shall comply with the provisions of the Individuals With Disabilities Education Act (IDEA) when disciplining students.  No special education student shall be expelled if the student's particular act of gross disobedience or misconduct is a manifestation of his or her disability.  Any special education student whose gross disobedience or misconduct is not a manifestation of his or her disability may be expelled pursuant to the expulsion procedures, except that such disabled student shall continue to receive educational services as provided in the IDEA during such period of expulsion.

A special education student may be suspended for periods of no more than 10 consecutive school days each in response to separate incidents of misconduct, regardless of whether the student's gross disobedience or misconduct is a manifestation of his or her disabling condition, as long as the repeated removals do not constitute a pattern that amounts to a change in placement (considering factors such as the length of each removal, the total amount of time the student is removed, and the proximity of the removals to one another) and provided that such student receives educational services to the extent required by the IDEA during such removals.

Any special education student may be temporarily excluded from school by court order or by order of a duly appointed State of Illinois hearing officer changing the student's placement to an appropriate interim alternative educational setting for up to 45 days if the District demonstrates that maintaining the student in his or her current placement is substantially likely to result in injury to the student or others.

A special education student who has carried a weapon to school or to a school function or who knowingly possesses or uses illegal drugs or sells or solicits the sale of a controlled substance while at school or a school function may be removed from his or her current placement.  Such a student shall be placed in an appropriate interim alternative educational setting for no more than 45 days in accordance with the IDEA.  The length of time a student with a disability is placed in an alternative educational setting must be in the same amount of time that a student without a disability would be subject to discipline.  (Board Policy 7:230)

### Behavioral Interventions

Behavioral interventions shall be used with students with disabilities to promote and strengthen desirable behaviors and reduce identified inappropriate behaviors.  The Iroquois Special Education Association will establish and maintain a committee to develop, implement, and monitor procedures on the use of behavioral interventions for children with disabilities.  The committee shall review the State Board of Education's guidelines on the use of behavioral interventions and use them as a non-binding reference.  This policy and the behavioral intervention procedures shall be furnished to the parent(s)/guardian(s) of all students with individual education plans within 15 days after their adoption or amendment by, or presentation to, the Board or at the time an individual education plan is first implemented for a student; all students shall be informed annually of the existence of this policy and the procedures.  At the annual individualized education plan review, a copy of this policy shall be given to the parent(s)/guardian(s).  The policy and procedures shall be explained.  A copy of the procedures shall be available, upon request of the parent(s)/guardian(s). (Board Policy 7:230)

## SUSPENSION

Suspension from school may be used as a corrective disciplinary measure. During a period of out of school suspension the student is prohibited from being on School

District property or attending District activities.

**OUT OF SCHOOL SUSPENSION/MAKE UP SESSION**

School work missed during an out of school suspension can be made up for credit at a time and place designated by the Principal.   The Principal will notify the student of the schedule of the make up session during the Suspension Hearing. At the Hearing, the student shall notify the Principal, in writing, of their intent to attend or not to attend the make up session.     If the student chooses to not attend, he/she will receive "no credit" for the work missed during the out of school suspension. Make up sessions will be two hours and all missed work must be completed during this allotted time period.   Students suspended for one to three days will be allowed one make up session and students suspended for more than three days will be allowed two sessions.   Students are required to be on time to the make up session and late entry will not be permitted.

## SUSPENSION AUTHORITY

A.  Suspension Authority

The Superintendent and/or Principal(s) shall suspend a student according to the provisions of the paragraph pertaining to suspension procedures below, upon a finding that the student has engaged in misconduct or acts of gross disobedience.

B.  Emergency Suspension Authority

Subject to the provision of the preceding paragraph A, the Superintendent and/or Principal(s) may suspend a student according to the provisions of the paragraph pertaining to suspension procedures below when an emergency exists.  The emergency suspension shall not exceed ten (10) school days or until a hearing on a suspension or expulsion is held, whichever is less.

C.  Bus Suspension Authority

Subject to the provision of paragraph A above, the Superintendent and/or Principal(s) may suspend a student from riding a school bus according to the provisions of the paragraph pertaining to suspension procedures below for a period not to exceed ten (10) days.  The Board of Education may expel a student from riding a school bus according to the provisions of the paragraph pertaining to expulsion procedures below for a period exceeding ten (10) days.

## SUSPENSION PROCEDURES

A.  Except as set forth in paragraph B below, prior to the imposition of a suspension, the following procedures shall be observed:

1.  The suspending official shall give the student verbal and written notice of the charges which constitute the basis for the proposed suspension and a summary of evidence which supports such charges.

2.  The suspending official shall give the student an opportunity to explain the incident.

3.  The suspending official shall make a finding, based upon the evidence as to whether the charges are supported by the evidence and a suspension is in order.

B.  When an emergency suspension is imposed in accordance with paragraph B above, the requirements of paragraph A, sections 1, 2, and 3 above shall follow as soon as possible when practicable.

C.  The Superintendent or Principal(s) shall notify the student's parent(s) of the suspension. The notification shall be in the form of verbal contact and a written letter to the parent(s) that shall be sent by registered or certified mail.

Said letter shall be in the following format:

"Pursuant to Section 10-22.6 of the Illinois School Code and the Student Discipline Policy of Iroquois County Community Unit School District No. 9, (name of student) is suspended from attendance at Iroquois County Community Unit School District No. 9 (or from riding a school bus) for a period of_____ day(s).   The effective date of the suspension is (was)_____."

"You are advised that (name of student) is (was) suspended for the following specific reason(s):"

(Describe behavior and name (or number) of policy or rule violated)

"You are entitled to request that the Board of Education review the suspension.  Upon your request, which must be in writing and received by the Superintendent not later than ten (10) days after the postmark of this notice, the President of the Board shall fix a time and place for the review and you will be notified accordingly."

"You will have the right to be present at the review and you may appear and discuss the suspension with the Board of Education."

"A copy of Board Policy entitled 'Student Discipline Policy' is enclosed."

D.  Upon receipt of a timely written request for review of the suspension, the President of the Board of Education shall fix a time and place for the review and the student's parent(s) will be notified in writing thereof.

E.  The suspension review shall be a closed meeting and shall be conducted by the Board of Education in substantially the following format:

1.  The Board shall first hear the statement(s) of the suspending official(s) and all other pertinent evidence.

2.  Members of the Board, the suspended student and/or the parent(s) may ask questions of the suspending official(s) or other witnesses concerning their statements and evidence.

3.  The Board shall then hear the statement(s) of the suspended student, parent(s), or witnesses on their behalf and other pertinent evidence.

4.  Members of the Board and/or suspending official(s) may ask questions of the suspended student, parent(s), guardian(s), or witnesses concerning their statements and evidence.

F.  The Board shall render a decision either affirming, modifying or reversing the suspension.

G.  If the Board's decision is to reverse the suspension, the student shall be immediately reinstated and any and all notations or remarks in regard to the suspension shall be expunged from all student records.  All educational opportunities and services missed by the student to which the student would be otherwise entitled shall be afforded where practicable.

A student may not be suspended for behavior which is or results from a handicap defined in Illinois Revised Statutes, 1987, Chapter 112, Sec. 14-1.01. through 14-1.07 and the Rules and Regulations to Govern the Administration and Operation of Special Education.  However, if the student is a direct physical danger to himself, other students, faculty or school property, the student may be temporarily excluded in a nondisciplinary action.  If such exclusion is enacted, the Superintendent shall immediately contact the Director of Special

Education and legal counsel.  Such exclusion shall not exceed 10 days unless there is mutual agreement between the School District and parents. (Board Policy 7:200)

## TEACHERS' LOUNGE AREA

Students are not allowed in the teachers' lounge without permission from office personnel and/or a faculty/staff member.  Violation of the rule will result in disciplinary action.

## THROWING SNOWBALLS

Throwing snowballs on, adjacent to campus, to and from school or school related activities, or toward school buses will not be tolerated.  Guilty students will be subject to disciplinary action.

## WEAPONS

A student who possesses, controls, or transfers a weapon, or any other object that can reasonably considered, or looks like, a weapon, shall be expelled for at least one calendar year, but no more than 2 calendar years.  The Superintendent may modify the expulsion period and the Board. (policy 7:190)

## GUIDELINES FOR DISCIPLINARY ACTION

The chart set forth on the following pages presents recommended guidelines for disciplinary action for the types of misbehavior described therein.  The types of misbehavior described in these guidelines are not intended to be all-inclusive and the disciplinary measures indicated are not intended to be exclusive.  In addition to those instances shown in the following chart, the disciplinary measures of suspension or expulsion may be used in any instance in which there is gross disobedience or gross misconduct as defined in subparagraph 8 of the paragraph pertaining to definitions above. Primary responsibility for classroom discipline rests with the classroom teacher.  Each classroom teacher is encouraged to establish rules for student conduct in his or her classroom.  In all disciplinary action, staff members are encouraged to remember that they are dealing with individual personalities and that it is sometimes as important to discover the causes of misbehavior as to suppress it.  Individual school buildings may also adopt additional rules for student conduct.  **In addition to those instances in the following chart, the disciplinary measures of suspension or expulsion may be used in any instance in which there is gross disobedience or gross misconduct as defined earlier.  The following should be considered only as a guideline and does not prevent a teacher or administrator from applying other disciplinary measures that are consistent with district policy and applicable law.**

## GUIDELINES FOR ACTION IN RESPONSE TO CERTAIN TYPES OF MISBEHAVIOR

**Attendance**

1. **Truancy/Leaving School Grounds**

   a) Truancy (hooky, leaving school grounds, and skipping; includes skipping class even if students remain in the building):

      1) First offense: AER. Parent notified. Unexcused absence.

      2) Second offense: AER or suspension. Parent notified. Unexcused absence. Guidance notified.

      3) Third offense: AER or Suspension. Mandatory parent meeting. Unexcused absence. Truant officer notified.

**Use or Possession Tobacco**

   a) Smoking, use, and/or possession of tobacco products:

     1) First offense: Confiscation, suspension,   and parent conference.

     2) Second offense: Confiscation, suspension,   and parent conference.

     3) Third offense: Confiscation, suspension and/or possible expulsion, and parent conference.

**Use or Possession of Illegal Drugs**

   a) Drug use and/or possession, and/or attempting to purchase drugs:

     1) First offense: Confiscation. Suspension or possible expulsion and parent conference.   Notification of legal authorities. **If possession with intent to sell is suspected, expulsion is recommended.**

     2) Second offense: Confiscation, conference and notification of legal authorities.   Suspension and/or expulsion.

     3) Third offense: Possible Expulsion, parent conference and notification of legal authorities.

**Use or Possession of Alcohol**

   a) Being under the influence of/or possession of alcohol at a school function:

     1) First offense: Confiscation, Suspension, parent conference and notification of the legal authorities.

     2) Second offense: Confiscation, Suspension, parent conference and *notification* of legal authorities.

     3) Third offense: Confiscation, parent conference, suspension with possible expulsion, and notification of legal authorities.

**Driving Violations and/or Being in a Car Without Permission During School Hours**

     1) First offense: Letter sent to parent(s), detention(s), possible loss of driving privileges.

     2) Second offense: Suspension or AER until parent conference and/or loss of driving privileges.

     3) Third offense: Possible loss of driving privileges. If, driver is allowed to drive, he or she must deposit keys in the office during school hours. Parent conference. Additional consequences are possible.

**Parking Violations**

     1) First offense: Correction and detention.

     2) Second offense: Correction, parent notification, AER.

     3) Third offense:   Correction, parent notification, AER or suspension.

## OTHER INAPPROPRIATE BEHAVIOR

**Bringing nuisance items** - water guns, or other items, which disrupt the educational environment:

     1) First offense: Confiscation of item and possible detentions or AER. Item reclaimed only by parent.

     2) Second offense: Same as first offense, parent notification and possible suspension or AER.

     3) Third offense: Parent conference, possible suspension and/or AER.

**Vulgar language** (written or verbal), inappropriate language or gestures

towards a teacher or in classroom (if deemed malicious go to second or third offense):

1) First offense: Teacher reprimand, parent notification and possible detention and/or suspension.

2) Second offense:  Parent conference and detention or possible suspension.

**Possession of exploding fireworks on grounds or in buildings:**

1) First offense:  Up to 5 day suspension, parent conference and possible notification of legal authorities.

2) Second offense:  Up to 10-day suspension, parent conference and notification of legal authorities.

3) Third offense:  Parent conference, recommendation for expulsion and notification of legal authorities.

**The inappropriate use of cellular phones**

1) First offense- The device taken away and kept overnight.  The student may pick up the electronic device the next day.

2) Second offense- Will result in the student not being allowed to have the electronic device in the school building for a month.  One day in AER.

3) Third offense- Will result in the student not being allowed to have the electronic device in the school building for the remainder of the school year.

## DANGER TO OTHERS

**Fighting:**

1) First offense: Parents contacted, written notification to parents, conference and apology (if possible) between parties involved and a suspension of up to 5 days and notification of the police.  Under certain circumstances the administration may bypass step #1 and go directly to step #2.

2) Second offense: Parent contacted, letter to parents, suspension of up to 10 days and police notification.

3) Third offense: *Parent conference*, written notification to parents, notification of police, suspension and/or possible expulsion.

**Hazing:**

1) First offense:  Suspension up to 5 days, parent conference, written notification to parents, and possible notification of legal authorities.

2) Second offense:  Suspension up to 10 days, parent conference, written notification to parents, and possible notification of legal authorities.

3) Third offense:  Parent conference, written notification to parents, suspension and possible recommendation for expulsion and possible notification of legal authorities.

**Verbal Threats of Physical Harm to Teachers, Staff, or other Students:**

1) First offense:  Parent conference, written notification to parents, possible detention, possible notification of legal authorities and possible suspension and/or expulsion.

2) Second offense:   Parent conference, written notification to parents, suspension and possible expulsion, and possible notification of legal authorities.

3) Third offense: Possible suspension or recommendation for expulsion, parent conference, written notification to parents, and possible notification of legal authorities.

**Involvement with gang related activities**:

1) First offense: Parent conference, possible suspension and notification of legal authorities.   Possible expulsion

2) Second offense: 5 day suspension, parent conference and notification of legal authorities.   Possible expulsion

3) Third offense: 10 day suspension with recommendation for expulsion, parent conference and notification of legal authorities.

**Using or possessing a Laser beam pointer:**

1) First offense: Parent notification and confiscation of pointer.   possible detention or AER

2) Second offense: Confiscation of pointer, parent conference and suspension and/or possible expulsion.

3) Third offense: Parent conference, 10-day suspension and/or possible recommendation for expulsion.

## OFFENSES INVOLVING PROPERTY

**Defacing school property by writing, scratching, carving, breaking, etc.:**

1) First offense: Student pays all costs of repair, notification of parents, detention or possible suspension.   Possible notification of legal authorities

2) Second offense: Parent conference and same as the first offense and possible notification of legal authorities.

3) Third offense: Same as first plus possible expulsion and notification of legal authorities.

**Stealing:**

1) First offense:   Return and/or reimbursement to victim with parental conference.   Possible suspension or expulsion and legal authorities may be notified.

2) Second offense:   Suspension and/or possible recommendation for expulsion, parent conference and legal authorities may be notified.

3) Third offense: Suspension and/or possible recommendation for expulsion, parent conference and legal authorities will be notified.

**Criminal damage to property:**

1) First offense:   Student pays all costs of repair, parent conference, possible suspension and/or expulsion and possible notification of legal authorities.

2) Second offense:   Possible suspension or expulsion, parent conference and legal authorities will be notified.

**Misbehavior during assembly**

1) First offense: Sent to Principal, detention, and prohibited from next assembly.

2) Second offense: Parents contacted. AER Student loses privilege of attending assemblies.

**Misbehavior on regular bus routes:**

1) First offense: School bus driver or contractor notifies principal in writing. Verbal warning and/or loss of riding privileges.  Possible detention or suspension.

2) Second offense: Repeat first offense and/or conference with parents.   Detention and/or suspension.

3) Third offense:  Bus suspension and mandatory conference with driver, principal and parents.  Student will be suspended from the bus until the conference with the driver, principal, and parent is held.

**Misbehavior while on sponsored bus trips:**

1) First offense: Notification of parents and possible detention.

2) Second offense: Conference with all parties involved. Parent notified.   AER

3) Third offense: Conference with parent(s) and other possible disciplinary action may be taken.  AER or possible suspension, and loss of bus privileges.

**Boy-girl relationships (excessive show of affection) in building, on grounds, or on field trips:**

1) First offense: Teacher reprimand and Principal notified, possible detention and parent notification.

2) Second offense: Referred to Principal for conference, possible detention or possible AER.   Parent notified of the problem.

3) Third offense: Parent conference and AER.

**Cheating:**

1) First offense:   Conference with parents. Zero on work.

2) Second offense: Conference with parents. Zero on work and other disciplinary action may be taken.

**Violation of lunchroom rules:**

1) First offense:   Removal from cafeteria for one week and parent notification.

2) Second offense:   Removal from cafeteria for two weeks and parent notification.

3) Third offense: Removal from cafeteria for remainder of nine week and parent conference.

4) Fourth offense:   Removal from the cafeteria for a semester and parent conference.

5) Fifth offense:   Removal from the cafeteria for the remainder of the school year and parent conference.

**Dress code violations:**

1) First offense: Parent notification and student change to proper attire, if the proper attire is not available student will be provided new shirt.

2) Second offense:   Parent notification, change to proper attire and/or possible detention(s) *or AER*.  If the proper attire is not available

student will be provided new shirt.

**Sexual Harassment:**

   1) First offense:  Principal conference, parent conference, possible suspension and possible notification of legal authorities.

   2) Second offense:  Parent conference and suspension of up to 10 days and possible notification of legal authorities.

   3) Third offense:  Parent conference, suspension or possible recommendation for expulsion and possible notification of legal authorities.

**Bullying**

   1) First offense:  Written parent notification, possible detention, AER, or suspension.

   2) Second offense: Written parent notification, parent conference, AER, or suspension.

   3) Third offense:  Written parent notification, parent conference, suspension, possible expulsion.

Disciplinary measures recommended for any prior offense may be used in addition to the measures recommended for the current offense.  For example, if a student has violated the same rule for the third time, the disciplinary measures recommended for the first and second offenses may (at the discretion of the administration) be imposed, in addition to those measures recommended for third offenses.  If a violation is particularly serious or offensive the penalties for second, or third offenses may be applied regardless of the number of previous offenses.  **The aforementioned chart should be considered only as a guideline and does not prevent a teacher or administrator from applying other disciplinary measures that are consistent with district policy and applicable law.**

# SECTION VI
# ACADEMIC INFORMATION

A detailed listing of class courses can be found in the Watseka High School Curriculum Guide.  This document is available in the WCHS Guidance Department and the WCHS office.

## ACADEMIC ACHIEVEMENT - GRADING AND REPORTING TO PARENTS

Every teacher shall maintain an evaluation record for each student receiving instruction in the teacher's classroom.

Once the teacher assigns a final grade to a student, a District administrator cannot change the grade without notification to the teacher.  A student's final grade may be changed for several reasons including, but not limited to the following reasons:

- A miscalculation of test scores.

- A technical error in assigning a particular grade or score to a particular student.

- The teacher agrees that the student may do an extra work assignment and the evaluation of the assignment impacts on a grade.

- An inappropriate grading system used to determine the grade.

- An inappropriate grade based on an appropriate grading system.

Should a grade change occur, the administrator making the change shall assume responsibility for the change and affix his signature on the changed record. The administrator shall notify the teacher immediately of the changed grade.

The School Board believes that it is the District's obligation to give private, periodic reports of students' progress and directs the Superintendent to guide and monitor a reporting system. The following criteria will be observed:

1. Parents will be informed regularly, at least four (4) times a year.
2. The use of marks and symbols will be appropriately explained.
3. The District will strive for consistency in grading and reporting.
4. Grading will not be used for disciplinary purposes.
5. Grading will be based on improvement, achievement, and capability of the student and the professional judgment of the teacher. Parents will be notified when a student's performance requires special attention. (Board Policy 6:280)

## PROGRAMS FOR STUDENTS WHO ARE AT RISK OF ACADEMIC FAILURE

The district shall develop, maintain, and supervise a program for students at risk of academic failure or dropping out of school. The program shall include education and support services addressing individual learning styles, career development, and social needs, and may include:

- Parent-teacher conferences
- Counseling services by social workers and/or guidance counselors
- Counseling services by psychologists
- Psychological testing
- Truants' alternative and optional education program
- Alternative school placement
- Community agency services
- Alternative learning opportunities program, SALT-2- High School, in conformity with the Alternative Learning Opportunities Law, as it may be amended from time-to-time
- Graduation incentives program - WCHS

## CLASSIFICATION OF STUDENTS

The following are the minimum number of credits required for classification:

| | |
|---|---|
| Freshman | Eighth grade promotion |
| Sophomore | Five credits |
| Junior | Eleven credits |
| Senior | Sixteen credits |

**Students must have earned the necessary credits to be considered in the proper class (Classification only changes at the beginning of the school year.).**

**Students must be classified as a junior to participate in the junior state testing.**

Students must be classified at least as a junior to attend prom (unless they are escorted by a WCHS junior or senior).

## COURSES TO BE WEIGHTED AT WCHS

| | | | |
|---|---|---|---|
| Calculus | Honors English IV | Physics | Chemistry IIAnatomy & F |
| Pre-Calculus | Spanish IV | AP History | Honors English III |

This system is used to determine weighted and non-weighted GPA, weighted and non-weighted class rank and the selection of the Valedictorian and Salutatorian using the weighted scale.

| Non-Weighted | Weighted |
|---|---|
| A = 4 | A = 5 |
| B = 3 | B = 4 |
| C = 2 | C = 3 |
| D = 1 | D = 2 |
| F = 0 | F = 0 |

This system is used to figure GPA, class rank, college class rank and the selection of the Valedictorian and Salutatorian. Students who transfer into WCHS will have their grades figured to reflect the weighting system at WCHS regardless of whether the class was weighted at the school they transferred from.

## EXEMPTIONS AND PROFICIENCIES

Physical Education Exemption

It is the policy of the Unit 9 School District that students in grades 11 through 12 may request exemption from physical education for the following reasons:

1. The student is participating in interscholastic athletics or marching band as certified by the appropriate District personnel and does not have a regularly scheduled study hall. The student will only be exempt during that sport season.

2. The student provides written evidence from an institution of higher education that a specific course not included in existing state or local school minimum graduation standards is required for admission. School District staff must verify that the student's present and proposed schedule will not permit completion of the needed course.

3. The student lacks sufficient course credit in one or more courses required by state statue or local School Board policies for graduation. Students who have failed required courses, transferred into the district with deficient credits, or who lack credits due to other reasons will be eligible to apply for this exemption.

4. Students who have medical excuses from a doctor will be given alternative assignments during the exempted period.

5. A student in grades 3-12 who is eligible for special education may be excused from physical education courses if the exemptions is on the students's IEP and the parent/guardian is in agreement.

Each request for exemption from physical education instruction is to be verified and eligibility determined on a case-by-case basis by School District staff. Every student excused from physical education course requirements will be provided with a schedule, which meets minimum school day requirements (Board Policy 6: 310)

Driver Education Requirements

Students qualify for drivers' education as incoming freshman by having passé five (5) core classes during their last quarter at GRS. Students other than incoming freshman, who have not taken drivers' education, must pass at least eight (8)

classes during the previous two semesters at Age and residency requirements must also be met."

### College, Correspondence and Summer School Courses

A student enrolled in college, correspondence and/or summer school courses may receive high school credit for worked completed provided:

1) The course is given by an institution accredited by the North Central Association of Colleges and Secondary Schools.

2) The student is a junior or senior.

3) The student assumes responsibility for all fees.

4) The Building Principal thoroughly reviews the course content and level of difficulty.

5) The Building Principal approves the course in advance.

A maximum of (3) full credits may be counted toward the requirements for the student's high school graduation.  The administration has the authority to approve additional credits as needed.

### Distance Learning Course, Including Virtual and On-Line Course

A student enrolled in distance learning course, including virtual and on-line courses may receive high school credit for worked completed provided:

1) The course is given by an institution approved by the Superintendent or his/her designee.

2) The course is not offered at the student's high school (exceptions may be made by the Building Principal).

3) The student assumes responsibility for all fees (exceptions may be made by the Superintendent).

4) The Building Principal thoroughly reviews the course content and level of difficulty.

5) The Building Principal approves the course in advance.

Students may be limited as to the number of distant learning courses that apply toward high school credit. Grades earned in approved distance learning courses count toward a student's grade point average, class rank, and eligibility for athletic and extra curricular activities.

### Dual Credit College Course

A student enrolled in dual credit college courses may receive high school credit for worked completed provided:

1) The student is a senior in good standing.

2) The student assumes responsibility for all fees (exceptions may be made by the Superintendent).

3) The Building Principal thoroughly reviews the course content and level of difficulty.

4) The Building Principal and Guidance Counselor approve the course in advance.

Grades earned in approved dual credit college courses count toward a student's grade point average, class rank, and eligibility for athletic and extra curricular activities.

Community College Classes:

A student who successfully completes junior college courses may receive high

school credit, provided:

1. The student is a senior in good academic standing.

2. The course is not offered in the high school curriculum. (Does not apply to dual credit)

3. The course is approved in advance by the high school guidance counselor and the high school Principal.

4. The student assumes responsibility for all fees.

A maximum of 1 unit of credit may be counted toward the requirements for high school graduation (Does not apply to dual credit). (Board Policy 6:310)

## GRADUATION REQUIREMENTS (WCHS)

To graduate from Watseka High School, a student must earn a minimum of 22 credits and successfully meet the following requirements:

4 Credits in English

3 Credits in Math (including geometry)

2 Credits in Science (Class of 2014 3 Science Credits)
- Physical
- Life Science

2 Credits in Social Studies (Class of 2014 3 credits of social studies and government required.)
- U.S. History (must pass exam over State and Federal Constitutions)

. 50 Credits in Consumer Economics or Resource Management

1 Credit in Fine Arts, Vocational or Foreign Language

3.5-4.0 Credits in Physical Education (1/2 credit per semester)
- Physical Ed I –  2 semesters (if not enrolled in drivers' education) 1 semester (if enrolled in drivers' education)
- Physical Ed II – 2 semesters
- Physical Ed III – 2 semesters
- Physical Ed IV – 2 semesters

One Semester of Keyboarding 1 or Advanced Keyboarding

.50 Credit in Health

.25 Credit in Driver Education
- Drivers' education consists of 30 classroom instructional hours and 6 hours of behind the wheel experience.

A list of specific course offerings is available in the WCHS Curriculum Guide. This document is provided to all students and is available in the guidance office. (Board Policy 6:300)

## GRADUATION (WCHS)

A student may participate in graduation ceremonies only if all graduation requirements have been completed.

## GRADUATION: EARLY (WCHS)

Students may be eligible for early graduation providing they have met all graduation requirements and finish 6 semesters of high school. Students may apply to their counselor for early graduation during the **first nine weeks of the semester in which the student intends to graduate**.  Notification of the student's request and verification of the student's acceptability for early graduation will be given to the Superintendent by the counselor.   The School Board upon the rec-

ommendation of the Superintendent may grant a student permission for early graduation.  (Board Policy 6:300)

## GIFTED EDUCATION PROGRAM

Unit #9 participates in a comprehensive system to identify students who qualify for the gifted education program. The complete list of criteria used to identify gifted students is on file at the Unit # 9 administrative office at 1411 West Lafayette in Watseka or by contacting the Building Principal. The criteria used in the selection of gifted students are applied to all students in the school population. Identification is done in the areas of language arts, math, science and social studies. Scores from standardized tests are used as objective measures. Teacher assessment and past performance are also included as part of this assessment process. Eligibility to participate in the gifted program shall not be contingent upon race, religion, sex, disability or any factor other than the student's identification as gifted or talented.

## HEALTH EDUCATION PROGRAM

The health program in grades K-8 shall include annual instruction on the danger of and how to avoid abduction as part of the District's regular curriculum.  Students shall be given, as appropriate, information on child sexual abuse.

No student shall be required to take or participate in any class or course on AIDS, family life instruction, sex abuse, or organ/tissue transplantation, if his or her parent/guardian submits a written objection to the Building Principal.  Parents/guardians of students in grades kindergarten through 8 shall be given at least 5 days written notice before instruction on avoiding sex abuse begins. Refusal to take or participate in any such course or program shall not be reason for disciplinary action or academic penalty.

## HONOR ROLL AWARDS (WCHS)

1.  The honor roll will be compiled after the completion of each quarter.

2.  All classes, except band, chorus and physical education will be used in the calculation of honor roll, grade point average and class rank.

3.  Grade average will be calculated on the following system:

> Non-weighted classes
>> A = 4.0
>> B = 3.0
>> C = 2.0
>> D = 1.0
>> F = 0.0
>
> Weighted classes
>> A = 5.0
>> B = 4.0
>> C = 3.0
>> D = 2.0
>> F = 0.0

**High Honors: 4.0 GPA or Higher   Honors: 3.00-3.99**

A student earning an "F" in any subject will be disqualified from placement on the honor roll.

## INCOMPLETE GRADES

All incomplete grades must be made up within one calendar week (unless an extension is approved by the Principal) from the end of the grading period or <u>the grade will become an "F"</u>.   Seniors, in their last quarter, must make up all incomplete work in order to graduate and participate in graduation ceremonies.   All students will be encouraged to make up fourth quarter incomplete grades before school is dismissed for the school year.   It is the responsibility of the student to make up incomplete work by contacting the instructor and following through.

## PSAE

PSAE testing is April 23, 2013 and April 24, 2013.

         All 11th graders are tested.

They take the ACT and are tested in reading, math, and writing.

## NCAA DIVISION I FRESHMAN ELIGIBILITY REQUIREMENTS

Specific academic requirements must be met in order for a student to be eligible to compete in N.C.A.A. athletic activities as a freshman in college.   Students and parents who wish to receive a listing of these requirements and specific information about what courses at Watseka High School meet NCAA eligibility requirements should contact the Principal or Athletic Director.

## PROGRESS REPORTS

Student progress reports will only be sent home on parent request.

## REPORT CARDS

Report cards are issued at the end of each quarter or nine weeks session.   Letter grades are used to designate a pupil's progress. The Unit #9 grading scale is:

    A = 100 - 92%

    B = 91 - 83%

    C = 82 - 74%

    D = 73 - 65%

    F = 64% and lower

## SALT II

This is an alternative education program designed for those students who are in need of credit recovery.

## SCHEDULE CHANGE POLICY (WCHS)

Decisions that students make during spring class registration are taken into account when the master schedule is set and teachers are hired.   Class size, course offerings, teaching assignments and records are all affected when students change their schedule.   Therefore, schedule changes should be kept at a minimum. A student may change their schedule at the following times:

1. Schedule changes will be considered in May of the previous year.

2. By the start of the second semester.

3. All other changes must be approved by the principal.

Schedule changes after the first 5 full days of school are strongly discouraged and will be considered only if there is a legitimate educational reason approved by the Principal. In order for a student to change his/her schedule after the first five full days of the first semester and/or after the beginning of the second semester the following requirements must be met:

1. The schedule change must be approved by the Building Principal.

2. The parent, cooperating teachers and Principal must agree that the proposed schedule change is of educational benefit to the student.

3. The schedule change must not negatively impact class size and/or classroom balance.

4. The change must be initiated on or before the completion of the first five weeks of the semester.

5. Dropping a class must produce a "level change". That is the student must enroll in a WCHS course in the same subject or discipline.

6. The grades earned in the dropped class will be blended proportionally with the grades earned in the new class to obtain a semester grade.

7. The dropped class will be listed as a W-Withdrawal on the student's transcript.

8. Unapproved dropped classes will be recorded on the transcript as Withdrawal-F. This grade will be used in producing grade point average, athletic eligibility and honor roll.

## SEMESTER AND FINAL EXAMS (WCHS)

A final assessment is required in every class at WCHS. The nature and weight of that assessment will be determined by the teacher and approved by the administration.

## VALEDICTORIAN AND SALUTATORIAN AWARDS (WCHS)

A student must be in attendance at WCHS for their final 3 semesters to be eligible for valedictorian and salutatorian awards. The valedictorian and salutatorian will be selected on the basis of 8 semesters of grades.

# SECTION VII
# STUDENT ACTIVITIES

## CLUBS AND ACTIVITIES

There are a variety of clubs and organizations that students have the opportunity to join at Watseka High School.  These clubs and organizations offer students an opportunity to participate in activities designed to enhance their educational experience beyond simply participating in class activities.

| | | | | |
|---|---|---|---|---|
| Science Club | Student Council (Elected positions) | | | |
| Scholastic Bowl | Math Team | National Honor Society (Invitation only) | | |
| Spanish Club | Key Club | Show Choir | Media Club | Kappa Club |
| FFA | Math Club | Sign Language Club | | |

## DANCES AND PARTIES

1. With the exception of Regulation #3, stated below, Watseka High School dances and parties will be open only to Watseka High School students. Seventh and eighth grade students will not participate in high school dances or parties.  High school students shall <u>not</u> participate in GRS dances or parties.

2. In addition to the advisor of the sponsoring organizations, an adequate number of chaperones (as determined by the administration) will supervise all dances or parties.

3. A Watseka High School student in good standing may invite an outside date to attend a Watseka High School dance or party provided: (Students

are in good standing if they are not under a suspension or expulsion and failing no more than one class.)

   a. A student date request form is turned into the main office completed prior to the dance or party.

   b. The Watseka High School student assumes full responsibility for his or her date conforming to all Watseka High School regulations and the guest passes a background check, if so desired, by the Building Principal.

   c. The person invited is not 21 years of age or older.

4. Students who leave the dance or party prior to it ending will not be readmitted. Students leaving the building early will promptly leave school property. Loitering will not be permitted (WCHS).

5. Any student absent from school on the day of the event may not attend. If they are not in attendance on Friday they will not be permitted to attend the dance on Saturday. Only the Principal, under exceptional circumstances, may grant an exception.

6. Care of building and facilities is the responsibility of each group using the facilities. Every group is responsible for the clean up of the facilities used as well.

## FUND RAISING ACTIVITIES

Students should not be used to promote fund raising activities by non-school sponsored groups except those which are of a school-wide nature in which participation can be a positive experience for students and when the proceeds contribute to a recognized humanitarian purpose.

Fund raising plans approved by the Building Principal shall be submitted to the Superintendent for approval. The funds shall be used to the maximum extent possible for student activities. (Board Policy 7:325)

## FUND RAISING PROCEDURES

The Board of Education recommends the following general guidelines:

1. Each school group, club, class or organization is limited to ONE door-to-door fund raising/solicitation drive per school year (July 1 to June 30).

2. No school group, club, class or organization may be formed for the purpose of raising funds without the approval of the Building Principal and the Superintendent.

3. The Building Principals are to coordinate fund raising activities within their school and within the District.

4. The Superintendent and Building Principal must approve all school fund raising/solicitation drives in advance. Additionally, the school district assumes no responsibility for fund raising activities, financial or otherwise.

5. No merchandise will be sold bearing the name, logo, etc. used in Unit 9 schools without the prior approval of the Building Principal.

6. All funds raised by student groups, clubs, classes and/or organizations must be deposited in the Activity Fund.

7. National, regional, state or locally recognized charitable drives are not included, but must be coordinated by the Principals.

The Board of Education retains the right of final approval or disapproval of any fund raising activity.

(Board Policy 7:325-R)

**FUND RAISING DEBTS**

Students who have outstanding debts as a result of fund raising or class activities will not be allowed to engage in field trips or participate in future fund raising sales or activities and will be withheld from activities sponsored by the profits of that fund raiser.

**NATIONAL HONOR SOCIETY GUIDELINES**

Students must be a member of the junior or senior class and have been in attendance at Watseka High School the equivalent of one semester to be a candidate for the National Honor Society.

Candidates must have a cumulative weighted grade point average of at least 3.25 through the first semester of their junior or senior year.  If students are academically qualified, they must then fill out and return to the sponsor an activity information sheet in order to be considered.  They will then be judged on character, leadership, and service by at least 25 percent of the total faculty members and must receive an average rating of 3.75 (on a scale of 5.0) on character, leadership, and service.

The final selection of members to the chapter shall be by a majority vote of the 5-member faculty council. Selection will be based upon scholarship and faculty ratings on character, service, and leadership. This faculty council may weigh courses or require a certain number of prerequisite academic courses for membership. Faculty members are to rate only those students they have had in class and/or extracurricular activities and those they know well enough to give an accurate, current rating. When ratings are figured the highest and lowest faculty ratings are eliminated to provide a more reliable average.  All successful candidates must attend and participate in the induction ceremony, unless there is extreme emergency as determined by the sponsor and/or Building Principal.

**SENIOR FUNDS AND GIFTS**

A senior class gift is left up to the discretion of each individual class.  The balance left after a class graduates goes immediately to the Education Fund under the jurisdiction of the Board of Education.

The Board of Education may transfer monies lying dormant in an account of a class, club, or organization to the District's Education Fund or another fund account upon the request of the Principal for the transfer of such funds.

**STUDENT COUNCIL**

The student council's principle purpose is to unify student activities under one control and promote the general activities of the school.  Officers of the student council are elected in school wide balloting.  Each class elects representatives to the Student Council.  Each elected officer must abide by the Student Council By-Laws.

# SECTION VIII
# EXTRACURRICULAR CODE OF CONDUCT

**General Provisions:**

Use or possession of alcohol, tobacco, controlled substances, or any look-a-like drugs have a negative impact on student performance and conduct.  Significant school problems are caused by student use of such substances.  Participation in extracurricular activities in Unit 9 is a privilege, not a right.  This Code of Conduct is applicable to all students eligible to participate in interscholastic competition.  This includes activities in which the student is competing or performing

against similar groups governed by the IESA, IHSA or other school activities in which students are involved. *More specifically, the following activities are governed by this code:*

| | | | |
|---|---|---|---|
| *Scholastic Bowl Quest* | *Show Choir* | *Marching/Pep Band* | *Team* |
| *Math Contest* | *Speech Contest* | *Drama Contest* | *FFA* |
| *Solo & Ensemble Contest* | | *Organizational Contest* | *Boys &* |
| *Girls Basketball* | *Soccer* | | |
| *Boys & Girls Golf* | *Tennis* | *Softball* | |
| *Baseball* | *Football* | *Volleyball* | |
| *Boys & Girls Track* | *Cheerleading* | *Studio 9* | |

The number of offenses will accumulate during the student's GRS or WCHS school career in each category of offense; however, a student will receive a clean slate in terms of the offense accumulation when entering WCHS from GRS, but a GRS student will be expected to serve the full length of penalty prior to participating in extracurricular activities at WCHS. This Code of Conduct is in effect year round. If violations of this policy occur in the summer or out of the particular season of the competition, the suspension involved for the policy violation will be served during the next season or that season for which the student is eligible.

Specific Provisions:

1. Attendance

    a. A student must attend at least the last half of the school day or have an authorized absence to participate in that day's activities.

2. Possession and/or use of tobacco and alcohol

    1. The number of tobacco and alcohol offenses will accumulate during the student's GRS or WCHS school career irrespective of the category of offense. Students found guilty, as determined by school officials, of possession or use of tobacco and/or alcohol will be suspended from interscholastic competition for two weeks for the first offense - they will continue practicing. For the second offense they will be suspended for the remainder of that extracurricular season. For the third offense they will be suspended for one calendar year from the date of the third offense. For the fourth offense the student will be suspended from all extra-curricular competition for the remainder of his/her school career.

        a) In the event an individual is determined guilty of lying about an offense he or she committed the consequence will go directly to the next step of discipline.

        b) If the first or second offense occurs in the last two weeks of a competitive season or between extracurricular seasons, the two week or season long suspension will carry over to the next competitive season for that individual participant. This does include a carryover to the next year.

        c) Students may be expected to attend a counseling session(s) related to the violation at their expense.

3. Possession of illegal drugs and controlled substances

    1. The number of offenses will accumulate during the student's GRS or WCHS school career.

        a) First offense – Students will automatically be suspended for the possession, sale or use of drugs for one calendar year. Suspension will

begin immediately upon confession or when the participant is found guilty by school authorities.

b) Second offense – Students will be suspended from any extra-curricular competition for the remainder of their school career.

** If a person feels that he/she is not guilty of use of a controlled substance, as part of an appeal process, he/she may submit to a school controlled confidential drug screening within five (5) days of the violation at his/her expense. This data will be given consideration in the appeal process.

4. Criminal Violations

Participation in extra curricular activities is a privilege, not a right. If school officials determine that a student is guilty of a criminal act not specifically addressed by the Athletic Code of Conduct or the Unit #9 Student Handbook, the Board of Education grants the building administration the authority to discipline the student involved in extra curricular activities. The building administration will decide the level of discipline and punishment consistent with the penalty as defined in Item #2 (Possession and/or use of tobacco and alcohol) in this Code. The administration reserves the right to increase the punishment if they believe it is warranted. Decisions made by the building level administrator may be appealed to the Superintendent and then to the Board of Education. The Board of Education's decision will be final.

5. Grades

a. Every participant must meet eligibility requirements established by the IHSA and IESA.

b. Students will have to maintain certain standard to be eligible for extracurricular activities at WCHS. Student's grades will be looked at weekly throughout the year, regardless if they are in an extracurricular activity or not. For a student to be eligible for extracurricular activities, the student must have a score under 4.

D = 1 pt, F = 2 pts

Students who have a score of 4 or higher will be ineligible for the following week.

c. Sponsors of non-athletic organizations will also perform eligibility checks for all participants and forward the results to the Principal prior to competitions.

d. Teachers will report students receiving a D or F grade to the Athletic Director on a weekly basis (WCHS on Friday and GRS on Friday.) The Athletic Director will then forward such information to the appropriate head coach.

6. Transportation to and from activities

a. Participants are required to ride to and from the designated location in school furnished transportation.

1) The only exceptions will be if the participant is accompanied by his or her parent, or legal guardian, and has the permission of the head coach/sponsor or administration.

2) In no case will the student be permitted to ride with anyone other than his or her parent or legal guardian unless there was prior written ap-

proval from the Building Principal.

    3) Should a student violate the transportation rules, each head coach/sponsor will administer discipline according to his/her written, predetermined rules.

7. To avoid a student from using an extra-curricular activity as a means to serve a suspension and then quit the activity, the following provision exists:  in order for a suspension to count, the student must start and end the sport/activity season in which the suspension is served.

8. If a student violates the Code, he/she must have started an activity prior to the violation or the activity must start after the violation in order for the suspension to count.

9. Each coach/sponsor shall have the right and responsibility to drop members from his/her squad.

10. Other items not covered in this Code, including, but not limited to insubordination, curfew, missing practice, etc. are left to the individual head coach/sponsor. However, each coach/sponsor will put in writing additional rules and regulations and make them known to the participant the first day of practice.

11. Students in grades six through twelve will receive a copy of this Code upon registration each year.  Students will be expected to sign a document signifying that they have received a copy of this Code prior to participating in practice or games.

12. Each case will be reviewed with an appropriate discipline being administered by the sponsor and/or the Principal.  While this policy is intended to be as comprehensive as possible it is understood that all situations cannot be addressed and that the administration has flexibility to administer the policy.

# SECTION IX
# GUIDANCE INFORMATION

## GUIDANCE DEPARTMENT (WCHS)

The guidance office is located in the east hallway past the main office.  If a student needs to see the guidance counselor, the student should obtain a pass from the counselor.  The student should take this pass to his/her teacher.  The teacher will sign the slip indicating he or she has given the student permission to see the counselor and the student will return to the counseling office.

NOTE:   A pass is a request.   The teacher will decide if the student can afford to miss a part of the class that day.   For this reason, it is not recommended to request to see the counselor unless the student has a study hall that period.

Some of the specific activities and services of the guidance office are as follows:

1. Discuss personal problems of students (usually on a voluntary basis with discussions kept confidential).

2. To help students discover their interest and abilities.

3. To help students make occupational plans (according to achievement, ability, personality, and interests).

4. To help students make college plans and gain admittance to the school of their choice.

5. To inform students of job opportunities, trade and technical schools.

6. To furnish information on personal improvements, teenage problems, etc.

7. To help students who have deficiencies in school  work (because of poor

student habits and attitudes, lack of reading and/or writing ability).

8. To aid students in planning and scheduling classes. Schedule changes will be done at the  guidance department.   Requests for schedule changes, class repeats and class audits must  be processed through the guidance office and approved by the Principal.

9. To inform students of military services and their obligations under the Selective Service Act.

10. To administer and interpret standardized tests of ability and interests to all class levels (freshmen, sophomore, junior, and senior), plus special tests of intelligence and personality when the need arises.

## AWARDS AND SCHOLARSHIPS (WCHS)

In every instance the award should be for achievement that is compatible with District goals.

All awards, honors and scholarship donations initiated by the District or designated by non-school donors for presentation to District students must receive prior approval of the School Board.   The selection of the students to receive the awards and scholarships shall be under the guidance and control of a professional staff committee appointed by the Superintendent.

All awards, honors and scholarships shall be conferred to students under the direction and supervision of the Building Principal.

The WCHS Guidance Department has a complete scholarship database for students to use in order to apply for as many scholarships as they wish. However, it is the responsibility of the student to make use of these resources!  (Board Policy 6:330)

## STUDENT RECORDS

School student records are confidential and information from them shall not be released other than as provided by law.  State and federal law grants students, and parent(s)/guardian(s) certain rights, including the right to inspect, copy and challenge their or their child's school records.   The information contained in school student records shall be kept current, accurate, clear and relevant.  All information maintained concerning a student receiving special education services shall be directly related to the provision of services to that child.  The District may release directory information as permitted by law, but parent(s)/guardian(s) shall have the right to object to the release of information regarding their child.  However, the District will comply with a court order requiring it to permit the US Attorney General or designee to have access to students' records without notice to, or the consent of, the student's parent/guardian. (Board Policy 7:340)

The Superintendent shall designate a custodian of records who shall maintain student records.   The Superintendent or a designee shall inform staff members of this policy, and shall inform students and their parent(s)/guardian(s) of it, as well as their rights regarding student school records.  (Board Policy 7.340)  In compliance with state and federal law, the District shall maintain two sets of student records. These shall be:

1. A permanent record, which shall include:

Basic identifying information, academic transcripts, attendance records, 9-12 State assessment results,  accident and health reports and information pertaining to release of this record.  Additionally, the permanent record may include: honors, awards, activities, and athletics.  No other information shall be placed in the permanent record.  The permanent record shall be maintained for at least sixty (60) years after the student has graduated, withdrawn, or

transferred from the District.

2. A temporary record, which may include:

Family background, intelligence and aptitude scores, achievement test results, ISAT results, psychological reports, honors and awards, athletics and activities, disciplinary information, teacher anecdotal records, special education files, information pertaining to release of this record, verified reports or information from non-educational persons, verified information of clear relevance to the student's education and added information regarding serious disciplinary infractions that resulted in expulsion, suspension, or the imposition of punishment or sanction (these infractions include those for drugs, weapons, or bodily harm to another student). Schools are required to maintain student temporary records for not less than five years after the student has transferred, graduated or otherwise withdrawn from the school-though such records shall not be disclosed. (Board Policies: 7:340 and 7:340-AP)

## STUDENT RECORDS: ACCESS

The Family Educational Rights and Privacy Act (FERPA) and the Illinois Students Records Act afford parents/guardians and students over 18 years of age ("eligible students") certain rights with respect to the student's education records. They are:

1. **The right to inspect and copy the student's education records within 15 school days of the day the District receives a request for access.**

   Students less than 18 years of age have the right to inspect and copy their permanent record. Parents/guardians or students should submit to the school Principal (or appropriate school official) a written request that identifies the record(s) they wish to inspect. The Principal will make arrangements for access and notify the parent(s)/guardian(s) or eligible student of the time and place where the record may be inspected. The District charges $.35 per page for copying but no one will be denied their right to copies of their records for inability to pay this cost. The rights contained in this section are denied to any person against whom an order of protection has been entered concerning a student.

2. **The right to request the amendment of the student's education records that the parent(s)/guardian(s) or eligible student believes are inaccurate, misleading, irrelevant, or improper.**

   Parents/guardians or eligible students may ask the District to amend a record that they believe is inaccurate, misleading, irrelevant, or improper. They should write the school Principal or records custodian, clearly identify the part of the record they want changed, and specify the reason.

   If the District decides not to amend the record as requested by the parent/guardian or eligible student the District will notify the parent/guardian or eligible student of the decision and advise him or her of their right to a hearing regarding the request for amendment. Additional information regarding the hearing procedures will be provided to the parent/guardian or eligible student when notified to the right to a hearing.

3. **The right to permit disclosure of personally identifiable information contained in the student's education records, except to the extent that the FERPA of Illinois School Student Records Act authorizes disclosure without consent.**

   Disclosure is permitted without consent to school officials with legitimate educational or administrative interests. A school official is a person employed

by the District as an administrator, supervisor, instructor, or support staff member (including health or medical staff and law enforcement unit personnel); a person serving on the School Board; a person or company with whom the District has contracted to perform a special task (such as an attorney, auditor, medical consultant, or therapist); or a parent/guardian or student serving on an official committee, such as a disciplinary or grievance committee, or assisting another school official in performing his or her tasks.

A school has a legitimate educational interest if the official needs to review an education record in order to fulfill his or her professional responsibility.

Upon request the District discloses education records without consent to the official of another school district in which a student has enrolled or intends to enroll as well as to any person as specifically required by state or federal law. Before information is released to individuals described in this paragraph, the parent/guardian will receive prior written notice of the nature and substance of the information, and an opportunity to inspect, copy, and challenge such records.

The right to challenge school student records does not apply to: (1) academic grades of their child, and (2) references to expulsions or out-of-school suspensions, if the challenge is made at the time the student's school records are forwarded to another school to which the student is transferring.

Disclosure is also permitted without consent to: any person for research statistical reporting or planning, provided that no student or parent/guardian can be identified; any person named in a court order; and appropriate persons if the knowledge of such information is necessary to protect the health of safety of the student or other persons.

4. **The right to a copy of any school student record proposed to be destroyed or deleted.**

   Student records are reviewed every 4 years or upon a student's change in attendance centers, whichever occurs first.

5. **The right to prohibit the release of directory information concerning the parent's/guardian's child.**

   Throughout the school year, the District may release directory information regarding students, limited to: Name, address, gender, grade level, birth date/place, parents/guardians' names and addresses, academic awards, degrees/honors, information in relation to school-sponsored activities, organizations and athletics, major field of study, and period of attendance in school.

   Any parent/guardian or eligible student may prohibit the release of any or all of the above information by delivering a written objection to the Building Principal within 30 days of the date of this notice.   No directory information will be released within this time period, unless the parent/guardian or eligible students are specifically informed otherwise.

   **<u>There will be no student information placed on the Internet without parent permission</u>.**

6. The right contained in this statement:  No person may condition the granting or withholding of any right, privilege, or benefits or make as a condition of employment, credit, or insurance the securing by any individual of any information from a student's temporary record which such individual may obtain through the exercise of any right secured under State law.

7. The right to file a complaint with the U.S. Department of Education concerning alleged failures by the District to comply with the requirements of FERPA.

The name and address of the office that administrators FERPA is: Family Policy Compliance Office

U.S. Department of Education

400 Maryland Avenue, SW, Washington, DC 20202-4605   (Board Policy 7:340-E and 7:340-AP)

## STUDENT RECORDS: PROCEDURES

1. The District or any employee of the District shall not release, disclose or grant access to information found in <u>any</u> student record except under the conditions set forth in the <u>Illinois School Student Records Act</u>.

2. The parent/guardian of a student under 18 years of age, or designee, shall be entitled to inspect and copy information in the child's school records.  Such requests shall be made in writing and directed to the records custodian. Access to the records shall be granted within 15 days of the District's receipt of such a request.

   Where the parents/guardians are divorced or separated, both shall be permitted to inspect and copy the student's school records unless a court order indicates otherwise.  The District shall send copies of the following to both parents/guardians at either one's request, unless a court order indicates otherwise: academic progress, health reports,  notices of parent-teacher conferences, school calendars distributed to parent/guardians; and notices about open houses, graduations, and other major school events including pupil-parent/guardian interaction.

   When the student reaches 18 years of age, graduates from high school, marries, or enters military service all rights and privileges accorded to a parent/guardian become exclusively those of the student.

   Access shall not be granted the parent/guardian or the student to confidential letters and recommendations concerning the admission to a post-secondary educational institution, applications for employment or the receipt of an honor or award which have be placed in the records prior to January 1, 1975, provided such letters and statements are not used for purposes other than those for which they were specifically intended.   Access shall not be granted to such letters and statements entered into the record at any time if the student has waived his or her right of access after being advised of his or her right to obtain the names of all persons making such confidential letters and statements.

3. The District may grant access to, or release information from, student records without parental or guardian consent to employees, or officials of the District, or the Illinois State Board of Education provided a <u>current</u>, educational or administrative need is shown. Access in such cases shall be limited to the satisfaction of that need.

4. The District may grant access to, or release information from, student records without parental or guardian consent or notification to any person for the purpose of research and statistical reporting, or planning, provided that no student , parent or guardian can be identified from the information released, and the person to whom the information is released signs an affidavit pertaining to school student records.

5. The District shall grant access to or release information from a student's records pursuant to a valid court order, provided that the parent shall be given prompt written notice upon receipt of such order of its terms, the nature and substance of the information proposed to be released, and an opportunity to inspect and copy such records and challenge their contents.

6. The District shall grant access to or release information from any student record as specifically required by federal or state statute.

7. The District shall grant access to or release information from student records to any person possessing a written, dated consent, signed by the parents or guardians or an eligible student with particularity as to whom the records may be released, the information or record to be released, and the reason for the release. One copy of the consent form will be kept in the records and one copy shall be mailed to the parents or eligible student by the Superintendent. Whenever the District requests the consent to release certain records, the Superintendent shall inform the parents, guardians or eligible student of their right to limit such consent to specific portions of information in the records.

8. The District may release student records to the Superintendent or an official with similar responsibilities in a non-Illinois school in which the student has enrolled or intends to enroll upon written request from such official.

9. Prior to the release of any records or information under items 5, 6, 7, and 8 above, the District shall provide prompt written notice to the parents,  guardians or eligible student of this intended action.  This notification shall include a statement concerning the nature and substance of the records to be released and the right to inspect, copy and challenge the contents

10. The District may release student records or information in connection with an emergency without parental consent if the knowledge of such information is necessary to protect the health or safety of the student or other persons. The records custodian shall make this decision taking into consideration the nature of the emergency, the seriousness of the threat to the health or safety of the student or other persons, the need for such records to meet the emergency, and whether the persons to whom such records are released are in a position to deal with the emergency.  The District shall notify the parents or guardians or eligible student as soon as possible of the information released, the date of the release, the person, agency or organization to which the release was made, and the purpose of the release.

11. The District charges $.35 per page for copying information in the student's records.  No parent/guardian or student shall be precluded from copying information because of financial hardship.

12. Upon request, military recruiters and institutions of high learning shall have access to secondary students' names, addresses, and telephone listing, unless an objection is made by the student's parents/guardians.

13. A record of all releases of information from student records (including all instances of access granted whether or not records were copied) shall be kept and maintained as part of such records.  This record shall be maintained for the life of the student record and shall be accessible only to the parents/guardians, eligible student, records custodian, or other person. The record of release shall include:

    a. Information released or made accessible.

    b. The name and signature of the records custodian.

    c. The name and position of the person obtaining the release or access.

    d. The date of the release or grant of access.

    e. A copy of any consent to such release. (Board Policy 7:340-AP)

## STUDENT RECORD CHALLENGES

The parent/guardian(s) may challenge the accuracy, relevancy or propriety of the

records, except (1) grades, and (2) references to expulsions or out-of-school suspensions, if the challenge is made when the student's school records are being forwarded to another school.   They have the right to request a hearing at which each party has:

* the right to present evidence and to call witnesses

* the right to cross-examine witnesses

* the right to counsel

* the right to a written statement of any decision and the reasons therefore

* the right to appeal an adverse decision to an administrative tribunal or official to be established or designated by the State Board.

The parents/guardians may insert a written statement of reasonable length describing their position on disputed information.

The school will include a copy of the statement in any release of the information in dispute.

(Board Policy 7.340, 7:340-E1 and 7:340-AP)

## TRANSCRIPTS

Transcripts needed for transfer, military use, scholarship consideration, college applications or prospective employer information may be requested from the office.   A student may request copies of his or her transcript at no charge.

A senior who is accepted at one or more colleges should request his final transcript to be sent to the college where he or she plans to enroll.

## WITHDRAWAL FROM SCHOOL

Every attempt shall be made to encourage and influence all students to remain in school through high school graduation.   However, in cases of student withdrawal from school, the student and/or parent is strongly encouraged to contact the school so that accurate records can be maintained.

# SECTION X
# LIBRARY SERVICES

## THE LIBRARY

Students are encouraged to use the library to conduct research that supports the curriculum and for discovery and enrichment purposes.

## LIBRARY REGULATIONS

1. A pass to the library may be obtained from the student's classroom teacher. This pass may be used to gather materials for research, check out a book or magazine, or work in small groups and collaborative projects.   Study hall teachers may issue 15-minute passes for students to check out materials. Classroom teachers may sign up to use the library or computer lab for their class.

2. All materials that students want to take from the library must be checked out at the circulation desk.   Books are checked out for two weeks and at the high school current periodicals and reference books circulate for overnight use. Students must pay overdue fines when items are turned in late.   Students must pay for lost or damaged items.

3. Items can be renewed but must be turned in at the end of the school year.

4. A quiet learning/study environment must be maintained and all resources and other student's study time must be respected.   Gum, food, and beverages

are prohibited.   (Water is approved.)

5.  Watseka High School and Glenn Raymond School Library Media Centers are open to its patrons on a daily basis from 7:45 a.m. to 3:30 p.m. when school is in session.   Patrons may call either school to request materials or make a personal visit.   A patron is any student, faculty member, support staff, administration, parent, or community member of the Unit 9 school system.

## LIBRARY FINES AND CHARGES

In support of the handbook regulations on overdue library materials, this policy addition is in an attempt to reduce the number of overdue books and fines.   The goal is to keep students from incurring expensive late fees, as well as reducing the number of books unavailable to other students for long periods of time.

Overdue notices are given to directed study teachers to be distributed to students daily as a reminder of an overdue book or fine.   After the fifth reminder notice a student will be written a referral and the student will serve after school detentions until their account has been cleared.

At any time if a responsible student makes arrangements with the library to clear an overdue book or fine none of these steps will be required.

No longer will report cards be held at the end of each nine weeks.   Overdue charges will continue to roll over from one school term to the next, and the handbook policy which states "diplomas of 8th graders will be held until all fines and charges are paid in full" will be followed.

Fines for overdue materials will be assessed at the rate of .10 per day until the materials are returned. (.25 for current periodicals and reference books at the high school) These fines will not exceed the replacement cost of the materials. Fines will not be assessed on days school is not in session.   (Excused absences will not require fines.   Unexcused absences will require fines.)   When an overdue item is returned the fine freezes. Notification of overdue materials, fines, and lost materials will be made on a daily basis until all are settled. Until fines are paid, library usage will be restricted to classroom usage.   A list of outstanding fines and charges will be presented to the Building Principal at the end of the year for final collection. Diplomas of seniors and 8th graders will be held until all fines and charges are paid in full.

Library patrons are responsible for all materials loaned to them until the items are returned to the library and records are clear.   If a patron has overdue materials or fines, he/she will not be allowed to check out additional materials. Patrons are not permitted to check out materials in another's name. All patrons may use library resource materials within the confines of the library if they have overdue materials.

The librarian can, with the consent of the Building Principal and in the witness of one other adult staff member, perform general searches of all lockers to recover library books or materials that are overdue, lost, or that have been removed from the library without following proper procedures.

# SECTION XI
# SPECIAL EDUCATION SERVICES

Iroquois County CUSD # 9, a member of the Iroquois Special Education Cooperative, offers a free and appropriate education for all students up to 21 years of age residing in District #9.   Any child is eligible for Special Education Services if he/she is:

Deaf                          Deaf-blind                    Hard of hearing

| Mentally retarded | Multi-handicapped | Orthopedic impairment |
| Health impaired | Learning disabled | Speech impaired |
| Visually handicapped | Emotionally handicapped | |

The District shall provide a free and appropriate public education in the least restrictive environment. The District will also provide necessary related services to all children with disabilities enrolled in the District, as required by the Individuals with Disabilities Act (IDEA) and implementing provisions of the School Code, Section 504 of the Rehabilitation act of 1973 and the Americans with Disabilities Act.

It is the intent of the District to ensure that students who are disabled within the definitions of the Section 504 of the Rehabilitation Act of 1973 are identified, evaluated and provided with appropriate educational services. Students may be disabled within the meaning of Section 504 of the Rehabilitation Act even though they do not require services pursuant to the IDEA.

For students eligible for services under IDEA, the District shall follow procedures for identification, evaluation, placement and delivery of services to children with disabilities provided in the Illinois State Board of Education's Rules and Regulations to Govern the Administration of Special Education.

(Board Policy 6:120)

Referrals for preliminary evaluation may be made when there is reason to believe that a child may require special education services.  Referrals may be made through the Building Principal, by school district personnel, by the parent of the child, by community service agencies, by persons having knowledge of the child's problem, by the child, or by the Illinois State Board of Education.

Parents and other members of the community may review a copy of the Rules and Regulations to Govern Special Education at the Iroquois Special Education Cooperative Office at 100 South Second Street, Crescent City, Illinois 60928.

## ACCOMMODATING INDIVIDUALS WITH DISABILITIES

Individuals with disabilities shall be provided an opportunity to participate in all school-sponsored services, programs, or activities as those without disabilities and will not be subject to illegal discrimination.  When appropriate, the District may provide to persons with disabilities aids, benefits, or services that are separate or different from, but as effective as, those provided to others.

## BEHAVIORAL INTERVENTIONS FOR STUDENTS WITH DISABILITIES

Behavioral interventions should be used by teachers, educational support personnel and administrators to promote and strengthen desirable adaptive student behaviors and reduce identified inappropriate behaviors. A fundamental principle is that positive, non-aversive interventions designed to develop and strengthen desirable student behaviors should be used whenever possible.

While positive approaches alone will not always succeed in managing extremely inappropriate behavior, the use of more restrictive interventions should be considered to be temporary and approached with utmost caution.

The Iroquois Special Education Association Director, with the advice and consent of the Governing Board, is authorized to develop procedures that conform to the specifications of the Illinois State Board of Education guidelines on the use of behavioral interventions for students with disabilities receiving special education and related services. The procedures will promote the use of positive behavioral interventions and include, but not be limited to the following components:

    A. Designation of behavioral interventions by level of restriction.

    B. Identification of a behavioral intervention consultant.

    C. Procedures for the development of behavioral management plans for students with disabilities having significant behavior and/or emotional needs and for such students requiring restrictive interventions.

    D. Procedures for the documentation of emergency use of restrictive interventions.

    E. Provisions for parent involvement.

    F. Provisions for staff training and professional development.

As required by Public Act 87-1103, the Iroquois Special Education Association shall maintain a Parent-Staff Advisory Committee. This committee shall be involved in developing policy guidelines for pupil discipline, including the discipline of students with disabilities. The Parent-Staff Advisory Committee shall review and provide input into the procedures developed by the Iroquois Special Education Director. The procedures will be provided to parents or guardians within 15 days after the beginning of each school year or as mandated by Public Act and/or within 15 days of entry into the special education program.

## CERTIFICATE OF COMPLETION

A student with a disability who has an Individualized Education Program prescribing special education, transition planning, transition services, or related services beyond the student's 4 years of high school, qualifies for a certificate of completion after the student has completed 4 years of high school.   The student is encouraged to participate in the graduation ceremony of his or her high school graduation class.   The Superintendent or designee shall provide timely written notice of this requirement to children with disabilities and their parents/guardians.

| WATSEKA LOYALTY | Hail to Watseka High |
|---|---|
| Hail to Watseka High | Hail, hail to thee, |
| Hail, hail to thee, | First in our hearts Watseka |
| First in our hearts Watseka | You will ever be. |
| You will ever be. | We love our colors bright |
| We love our colors bright, | All maroon and white. |
| All maroon and white. | True to thee |
| True to thee | We'll ever be |
| We'll ever be | Watseka High! |
|  |  |

Watseka High!
Cheerleaders:   What's the matter with our team?
Response:   They're all right!
Cheerleaders:   Who's all right?
Response:   W, W, WAT, S, S, SEKA Watseka High Hip, hurrah!

**Iroquois County CUSD 9 Board of Education**

Mr. James Bruns                President

Mr. Bob Burd                    Vice President

Mr. Don Becker                  Secretary

Mrs. Brenna Johnson

Mrs. Crystal Blair

Mr. Kirk McTaggart

Mrs. DeeAnn Schippert

**Iroquois County CUSD #9 Schools**

Nettie Davis Elementary School Grades K-1 495 North 4th St. 815-432-2112

Wanda Kendall Elementary School Grades 2-3 535 Porter Ave., 815-432-4581

Woodland Grade School Grades 4-5 101 P.O. Box 267 Woodland, IL 815-473-4241

Glenn Raymond School Grades 6-8 101 W. Mulberry St. 815-432-2115

Watseka High School Grades Pre K, 9-12 138 Belmont, 815-432-2486

**IROQUOIS COUNTY COMMUNITY UNIT SCHOOL DISTRICT #9 DOES NOT DISCRIMINATE ON THE BASIS OF AGE, COLOR, RACE, NATIONAL ORIGIN, SEX, RELIGION OR DISABILITY.**